**B1 (Official Form 1) (04/13)**

| United States Bankruptcy Court<br>District of New Jersey | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>Harvest Trans, Inc. | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>None | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all):    EIN: 02-0784324 | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all): |
| Street Address of Debtor (No. and Street, City, and State)<br>575 Avenue P<br>Newark, NJ                             ZIPCODE 07105 | Street Address of Joint Debtor (No. and Street, City, and State)<br><br>ZIPCODE |
| County of Residence or of the Principal Place of Business:<br>Essex | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br><br>ZIPCODE | Mailing Address of Joint Debtor (if different from street address):<br><br>ZIPCODE |
| Location of Principal Assets of Business Debtor (if different from street address above):    ZIPCODE | |

| Type of Debtor<br>(Form of Organization)<br>(Check one box) | Nature of Business<br>(Check one box) | Chapter of Bankruptcy Code Under Which<br>the Petition is Filed (Check one box) |
|---|---|---|
| ☐ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>☑ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities,<br>check this box and state type of entity below.) | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined in<br>11 U.S.C. § 101 (51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>☑ Trucking | ☐ Chapter 7<br>☐ Chapter 9<br>☑ Chapter 11<br>☐ Chapter 12<br>☐ Chapter 13    ☐ Chapter 15 Petition for<br>Recognition of a Foreign<br>Main Proceeding<br>☐ Chapter 15 Petition for<br>Recognition of a Foreign<br>Nonmain Proceeding |

| Chapter 15 Debtors<br><br>Country of debtor's center of main interests: _____<br><br>Each country in which a foreign proceeding by,<br>regarding, or against debtor is pending: _____ | Tax-Exempt Entity<br>(Check box, if applicable)<br><br>☐ Debtor is a tax-exempt organization<br>under Title 26 of the United States<br>Code (the Internal Revenue Code). | Nature of Debts<br>(Check one box)<br>☐ Debts are primarily consumer<br>debts, defined in 11 U.S.C.<br>§101(8) as "incurred by an<br>individual primarily for a<br>personal, family, or<br>household purpose."    ☑ Debts are<br>primarily<br>business debts. |
|---|---|---|

| Filing Fee (Check one box)<br><br>☑ Full Filing Fee attached<br><br>☐ Filing Fee to be paid in installments (applicable to individuals only)   Must attach<br>signed application for the court's consideration certifying that the debtor is unable<br>to pay fee except in installments. Rule 1006(b). See Official Form 3A.<br><br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must<br>attach signed application for the court's consideration. See Official Form 3B. | Chapter 11 Debtors<br>Check one box:<br>☐ Debtor is a small business as defined in 11 U.S.C. § 101(51D)<br>☑ Debtor is not a small business as defined in 11 U.S.C. § 101(51D)<br>Check if:<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to<br>insiders or affiliates) are less than $2,490,925 *(amount subject to adjustment<br>on 4/01/16 and every three years thereafter).*<br>Check all applicable boxes<br>☐ A plan is being filed with this petition.<br>☐ Acceptances of the plan were solicited prepetition from one or more<br>classes of creditors, in accordance with 11 U.S.C. § 1126(b). |
|---|---|

| Statistical/Administrative Information | THIS SPACE IS FOR<br>COURT USE ONLY |
|---|---|
| ☐ Debtor estimates that funds will be available for distribution to unsecured creditors.<br>☑ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for<br>distribution to unsecured creditors. | |

**Estimated Number of Creditors**

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-<br>5,000 | 5,001-<br>10,000 | 10,001-<br>25,000 | 25,001-<br>50,000 | 50,001-<br>100,000 | Over<br>100,000 |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

**Estimated Assets**

| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001<br>to $1<br>million | $1,000,001<br>to $10<br>million | $10,000,001<br>to $50<br>million | $50,000,001<br>to $100<br>million | $100,000,001<br>to $500<br>million | $500,000,001<br>to $1 billion | More than<br>$1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

**Estimated Liabilities**

| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001<br>to $1<br>million | $1,000,001<br>to $10<br>million | $10,000,001<br>to $50<br>million | $50,000,001<br>to $100<br>million | $100,000,001<br>to $500<br>million | $500,000,001<br>to $1 billion | More than<br>$1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

Bankruptcy2014 ©1991-2014, New Hope Software, Inc., ver. 4.7.6-807 - 32480-302[*]-*****

| **Voluntary Petition** *(This page must be completed and filed in every case)* | Name of Debtor(s): Harvest Trans, Inc. |
|---|---|

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) | | |
|---|---|---|
| Location Where Filed: NONE | Case Number: | Date Filed: |
| Location Where Filed: N.A. | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor: NONE | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11) | (To be completed if debtor is an individual whose debts are primarily consumer debts) I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.  I further certify that I delivered to the debtor the notice required by 11 U.S.C. § 342(b). |
| ☐ Exhibit A is attached and made a part of this petition. | X _____ Signature of Attorney for Debtor(s)          Date |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

☑ No.

**Exhibit D**

(To be completed by every individual debtor.  If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United Sates in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence.  (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(1)).

Bankruptcy2014 ©1991-2014, New Hope Software, Inc., ver. 4.7.6-807 - 32480-302Y-*****

| B1 (Official Form 1) (04/13) | Page 3 |
|---|---|

| **Voluntary Petition** *(This page must be completed and filed in every case)* | Name of Debtor(s): Harvest Trans, Inc. |

## Signatures

| **Signature(s) of Debtor(s) (Individual/Joint)** | **Signature of a Foreign Representative** |
|---|---|

**Signature(s) of Debtor(s) (Individual/Joint)**

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

**Signature of a Foreign Representative**

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐   I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 of title 11 are attached.

☐   Pursuant to 11 U.S.C.§ 1511, I request relief in accordance with the chapter of title 11 specified in this petition.   A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
(Signature of Foreign Representative)

_____
(Printed Name of Foreign Representative)

_____
(Date)

| **Signature of Attorney*** | **Signature of Non-Attorney Petition Preparer** |
|---|---|

**Signature of Attorney***

X _____
Signature of Attorney for Debtor(s)

JAY L. LUBETKIN
Printed Name of Attorney for Debtor(s)

Rabinowitz, Lubetkin & Tully, L.L.C.
Firm Name

293 Eisenhower Parkway
Address

Suite 100 Livingston, NJ 07039

973-597-9100
Telephone Number

4/3/14
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

**Signature of Non-Attorney Petition Preparer**

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, (2) I prepared this document for compensation, and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. § 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social Security Number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social Security number is provided above.

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual

JEFF SONG
Printed Name of Authorized Individual

President
Title of Authorized Individual

4/3/14
Date

Bankruptcy2014 ©1991-2014, New Hope Software, Inc., ver. 4.7.6-807 - 32480-302Y-*****

## CORPORATE RESOLUTION
## OF HARVEST TRANS, INC.

I, the undersigned sole officer and director of Harvest Trans, Inc. (the "Company"),

hereby confirm the adoption by the Board of Directors of the Company of the following

resolutions:

BE IT RESOLVED that Harvest Trans, Inc., (the "Company") is
authorized to institute a Chapter 11 bankruptcy filing in the United States
Bankruptcy Court for the District of New Jersey; and

BE IT FURTHER RESOLVED that the Company is authorized to retain
the firm of Rabinowitz, Lubetkin & Tully, L.L.C. to act as its bankruptcy counsel
in connection with such Chapter 11 bankruptcy filing.

IN WITNESS WHEREOF, the undersigned have executed this Resolution as of this

_____ day of ___April_____, 2014.


Jeff Song
Sole Director

B4 (Official Form4)(12/07)

# UNITED STATES BANKRUPTCY COURT
## District of New Jersey

In re    Harvest Trans, Inc. _____ ,
                              Debtor

Case No. _____

Chapter    11

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case.  The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C.§ 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc. | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| Andy Li 825 Walton Ave. #5F Bronx, NY 10451 | | | | 1,851.29 |
| John Baek 473 Oak Street 1st Floor Ridgefield, NJ 07657 | | | | 2,021.86 |
| Danny Cho 728 Edgewater Road Ridgefield, NJ | | | | 2,073.42 |
| Youn Joung 145 Elmwood Ave Allendale, NJ 07401 | | | | 2,185.96 |

Bankruptcy2014 ©1991-2014, New Hope Software, Inc., ver. 4.7.6-807 - 32480-302Y-*****

| (1) | (2) | (3) | (4) | (5) |
|-----|-----|-----|-----|-----|
| Name of creditor and complete mailing address including zip code | Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | Nature of claim (trade debt, bank loan, government contract, etc. | Indicate if claim is contingent, unliquidated, disputed or subject to setoff | Amount of claim [if secured also state value of security] |

Bankrupcy2014 ©1991-2014, New Hope Software, Inc., ver. 4.7.6-807 - 32480-302Y-*****

| | | | | |
|-----|-----|-----|-----|-----|
| Do J. Lee<br>158 Mountainview Blvd<br>F2 A1<br>Wayne, NJ 07470 | | | | 2,254.81 |
| Leandro Rodriguez<br>69 Andrews Street<br>Apartment 2<br>Bayonne, NJ 07002 | | | | 2,365.11 |
| R. Guevara<br>950 Madison Ave.<br>Apartment 1<br>Elizabeth, NJ 07201 | | | | 2,512.88 |
| Manuel Torres<br>9 Montgomery Pl<br>Belleville, NJ 07109 | | | | 2,617.77 |
| Jose Rodriguez<br>433 Elizabeth Ave<br>Elizabeth, NJ 07206 | | | | 2,882.80 |
| Eduardo Guzman<br>210 Erie Street<br>Elizabeth, NJ 07602 | | | | 2,999.80 |
| Kaitlyn & Brother, LLC<br>1223 Summit Ave.<br>Union City, NJ 07087 | | | | 3,500.00 |
| Patricia Maldonado<br>14 Chelsea St.<br>Stratford, CT 06615 | | | | 3,681.20 |
| United Healthcare<br>48 Monroe Turnpike<br>Trumbell, CT 06611 | | | | 3,914.00 |

| (1)<br>*Name of creditor and complete mailing address including zip code* | (2)<br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br>*Nature of claim (trade debt, bank loan, government contract, etc.* | (4)<br>*Indicate if claim is contingent, unliquidated, disputed or subject to setoff* | (5)<br>*Amount of claim [if secured also state value of security]* |
|---|---|---|---|---|
| US Security Association<br>200 Mansell Court<br>Roswell, GA 30076 | | | | 8,000.00 |
| Trac Intermidal<br>211 College Road<br>Princeton, NJ 08540 | | | | 9,000.00 |
| Transport Funding, LLC<br>903 East 104th Street, Suite 170<br>Kansas City, MO 64131-3464 | | | | 77,465.78<br>Collateral FMV<br>65,000.00 |
| Daily Truck Service<br>480 Wilson Ave.<br>Newark, NJ 07105 | | | | 15,000.00 |
| Premium Assignment<br>PO Box 8000<br>Tallahassee, FL 32314 | | | | 15,525.00 |
| KW Rastall Oil<br>PO Box 7174<br>North Brunswick, NJ 08902 | | | | 21,000.00 |
| ARI Insurance<br>125 Pheasant Run<br>Newton, PA 18940 | | | | 35,000.00 |

DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I,  [the president or other officer or an authorized agent of the corporation] named as debtor in this case, declare under penalty of perjury that I have read the foregoing LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS and that it is true and correct to the best of my information and belief.

Date  _____

Signature    /s/ Jeff Song
            _____
            JEFF SONG,
            President

B6 Summary (Official Form 6 - Summary) (12/13)

# United States Bankruptcy Court
### District of New Jersey

In re  Harvest Trans, Inc.
_____
                            Debtor

Case No.  _____

Chapter  ____11_____

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each.  Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided.  Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

AMOUNTS SCHEDULED

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A – Real Property | YES | 1 | $          0.00 | | |
| B – Personal Property | YES | 3 | $    808,050.00 | | |
| C – Property Claimed as exempt | YES | 1 | | | |
| D – Creditors Holding Secured Claims | YES | 1 | | $    77,465.78 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | YES | 13 | | $    57,036.97 | |
| F - Creditors Holding Unsecured Nonpriority Claims | YES | 8 | | $    119,577.00 | |
| G - Executory Contracts and Unexpired Leases | YES | 2 | | | |
| H - Codebtors | YES | 1 | | | |
| I - Current Income of Individual Debtor(s) | NO | 0 | | | $          0.00 |
| J - Current Expenditures of Individual Debtors(s) | NO | 0 | | | $          0.00 |
| **TOTAL** | | 30 | $    808,050.00 | $    254,079.75 | |

Bankruptcy2014 ©1991-2014, New Hope Software, Inc., ver. 4.7.6-807 - 32480-302Y-*****

B6 Cover (Form 6 Cover) (12/07)

## FORM 6. SCHEDULES

Summary of Schedules
Statistical Summary of Certain Liabilities and Related Data (28 U.S.C. § 159)

Schedule A - Real Property
Schedule B - Personal Property
Schedule C - Property Claimed as Exempt
Schedule D - Creditors Holding Secured Claims
Schedule E - Creditors Holding Unsecured Priority Claims
Schedule F - Creditors Holding Unsecured Nonpriority Claims
Schedule G - Executory Contracts and Unexpired Leases
Schedule H - Codebtors
Schedule I - Current Income of Individual Debtor(s)
Schedule J - Current Expenditures of Individual Debtor(s)

Unsworn Declaration under Penalty of Perjury

GENERAL INSTRUCTIONS: The first page of the debtor's schedules and the first page of any
amendments thereto must contain a caption as in Form 16B. Subsequent pages should be
identified with the debtor's name and case number. If the schedules are filed with the petition,
the case number should be left blank

Schedules D, E, and F have been designed for the listing of each claim only once. Even when a
claim is secured only in part or entitled to priority only in part, it still should be listed only once.
A claim which is secured in whole or it part should be listed on Schedule D only, and a claim
which is entitled to priority in whole or in part should be listed on Schedule E only. Do not list
the same claim twice. If a creditor has more than one claim, such as claims arising from separate
transactions, each claim should be scheduled separately.

Review the specific instructions for each schedule before completing the schedule.

Bankruptcy2014 ©1991-2014, New Hope Software, Inc., ver. 4.7.6-807 - 32480-302X-*****

B6A (Official Form 6A) (12/07)

In re  Harvest Trans, Inc.                                    Case No. _____
            **Debtor**                                                                    **(If known)**

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a co-tenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C – Property Claimed as Exempt.

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| None | | | | |
| | | Total | 0.00 | |

(Report also on Summary of Schedules.)

Bankruptcy2014 ©1991-2014, New Hope Software, Inc., ver. 4.7.6-807 - 32480-302Y-*****

B6B (Official Form 6B) (12/07)

In re   Harvest Trans, Inc. _____     Case No. _____
               **Debtor**     **(If known)**

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

    **Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

    If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See. 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m).

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1.  Cash on hand. | X | | | |
| 2.  Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | Checking Account<br>Bank of America<br>1050 Raritan Road<br>Clark, NJ 07066<br>Account No. 3816487979<br><br>Savings Account<br>Bank of America<br>1050 Raritan Road<br>Clark, NJ 07066<br>Account No. 3816487966 | | 50,000.00<br><br><br><br><br>50.00 |
| 3.  Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4.  Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5.  Books. Pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6.  Wearing apparel. | X | | | |
| 7.  Furs and jewelry. | X | | | |
| 8.  Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9.  Interests in insurance policies.  Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |

Bankruptcy2014 ©1991-2014, New Hope Software, Inc., ver. 4.7.6-807 - 32480-302Y-*****

B6B (Official Form 6B) (12/07) -- Cont.

In re   Harvest Trans, Inc.                                           Case No. _____
                    **Debtor**                                                    **(If known)**

# SCHEDULE B - PERSONAL PROPERTY
## (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 16. Accounts receivable. | | See Attached Rider #1 | | 572,000.00 |
| 17. Alimony, maintenance, support, and property settlement to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owing debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate or a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights of setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. §101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |

Bankruptcy2014 ©1991-2014, New Hope Software, Inc., ver. 4.7.6-807 - 32480-302Y-*****

12:54 PM
03-25-14

**Harvest Trans Inc**

# A/R Aging Summary
### As of March 25, 2014

|  | Current | 1 - 30 | 31 - 60 | 61 - 90 | > 90 | TOTAL |
|---|---|---|---|---|---|---|
| ADVANCED | 4,120.00 | 4,828.40 | 3,056.00 | 0.00 | 0.00 | 12,004.40 |
| American Tires & wheel Corp. | 0.00 | 210.00 | 0.00 | 0.00 | 0.00 | 210.00 |
| APL | 0.00 | 6,115.19 | 7,156.02 | 0.00 | 0.00 | 13,271.21 |
| cargo alliance service | 12,628.00 | 4,920.00 | 0.00 | 0.00 | 0.00 | 17,548.00 |
| cargo logistics | 0.00 | 0.00 | 0.00 | 0.00 | 260.00 | 260.00 |
| cma cgm (america) LLC | 0.00 | 5,659.50 | 3,601.50 | 0.00 | 737.50 | 9,998.50 |
| CNS Logistics | 0.00 | 19,218.66 | 0.00 | 0.00 | 0.00 | 19,218.66 |
| EVERGREEN AMERICA CORP | 9,650.00 | 6,985.00 | 1,072.50 | 0.00 | 0.00 | 17,707.50 |
| Fairway Logistics | 0.00 | 30.00 | 0.00 | 0.00 | 0.00 | 30.00 |
| FEDEX TRADE NETWORKS | 90.00 | 0.00 | 0.00 | 0.00 | 0.00 | 90.00 |
| FERRO C/O SYNCADA | 0.00 | 0.00 | 0.00 | 0.00 | 200.00 | 200.00 |
| fnsinc | 0.00 | 14,291.00 | 11,881.00 | 230.40 | 0.00 | 26,402.40 |
| G & B International | 0.00 | 8,492.00 | 8,658.00 | 2,544.80 | 0.00 | 19,694.80 |
| Hanjin Shipping Co | 68,732.00 | 22,034.64 | 4,429.26 | 0.00 | 1,199.40 | 96,395.30 |
| HAPAGLLOYD | 0.00 | 290.00 | 0.00 | 666.00 | 0.00 | 956.00 |
| HASA | 0.00 | 0.00 | 0.00 | 0.00 | 163.00 | 163.00 |
| Headwin Global Logistics Inc | 0.00 | 0.00 | 690.00 | 0.00 | 0.00 | 690.00 |
| HII | 65,238.00 | 1,522.80 | 0.00 | 0.00 | -100.59 | 66,660.21 |
| HOP HING PRODUCE | 0.00 | 0.00 | 0.00 | 0.00 | 540.00 | 540.00 |
| IMPEX GLS | 2,132.00 | 2,842.40 | 0.00 | 0.00 | 0.00 | 4,974.40 |
| Intercargo Logistic | 762.00 | 769.60 | 680.00 | 1,092.00 | 0.00 | 3,303.60 |
| KCC Transport | 4,840.00 | 0.00 | 0.00 | 1,000.00 | 138.50 | 5,978.50 |
| KLOGISTICS | 1,980.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1,980.00 |
| mol | 0.00 | 2,007.24 | 0.00 | 0.00 | 0.00 | 2,007.24 |
| Norstar/Boss Office Produce | 0.00 | 0.00 | 0.00 | 0.00 | 135.00 | 135.00 |
| oocl | 0.00 | 0.00 | 0.00 | 0.00 | 105.00 | 105.00 |
| RAIL EXPRESS | 0.00 | 16,710.00 | 1,825.00 | 0.00 | 0.00 | 18,535.00 |
| samsung electronics america | 0.00 | 3,570.00 | 0.00 | 8,755.20 | 220.00 | 12,545.20 |
| SONEX | 0.00 | 2,222.00 | 0.00 | 0.00 | 0.00 | 2,222.00 |
| SUNTRANS Int'l | 32,650.00 | 34,321.70 | 17,970.00 | 0.00 | 0.00 | 84,941.70 |
| TIRECO INC | 0.00 | 0.00 | 0.00 | 0.00 | 255.00 | 255.00 |
| TP EXPRESS INC | 0.00 | 0.00 | 0.00 | 0.00 | 255.00 | 255.00 |
| UASC | 53,744.60 | 2,337.50 | 0.00 | 0.00 | 0.00 | 56,082.10 |
| Yang Ming Line | 50,146.05 | 27,388.15 | 0.00 | 0.00 | -24.10 | 77,510.10 |
| TOTAL | 306,712.65 | 186,765.78 | 61,019.28 | 14,288.40 | 4,083.71 | 572,869.82 |

B6B (Official Form 6B) (12/07) -- Cont.

In re   Harvest Trans, Inc.                                      Case No. _____
             **Debtor**                                                              **(If known)**

# SCHEDULE B - PERSONAL PROPERTY
## (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | See Attached Rider #2 | | 185,000.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | | Miscellaneous office equipment and furniture | | 1,000.00 |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

_____0_____ continuation sheets attached     Total   $   808,050.00

(Include amounts from any continuation
sheets attached. Report total also on
Summary of Schedules.)

Bankruptcy2014 ©1991-2014, New Hope Software, Inc., ver. 4.7.6-807 - 32480-302Y-*****

Rider # 2

## List Of Trucks Owned By Harvest

| YR. | MAKE | DISCR | VIN# OR SERIAL # | REGISTRATION EXP. | G.V.W. |
|-----|------|-------|------------------|-------------------|--------|
| 05 | VOL | 3 AXLE | 4V4NC9TG65N374198 | 8-31-14 | 80 |
| 06 | VOL | 3 AXLE | 4V4NC9TG36N411290 | 6-30-14 | 80 |
| 01 | VOL | 3 AXLE | 4V4NC9RH01N312497 | 4-30-14 | 80 |
| 07 | VOL | 3 AXLE | 4V4NC9TG47N429251 | 7-31-14 | 80 |
| 06 | VOL | 3 AXLE | 4V4NC9TG66N411333 | 6-30-14 | 80 |
| 01 | FRE | 3 AXLE | 1FUY0SEB61LG94911 | 6-30-14 | 80 |
| 07 | FRT | 3 AXLE | 1FUJBBCK67LX42346 | 4-30-14 | 80 |
| 06 | VOL | 3 AXLE | 4V4NC9TG16N410946 | 4-30-14 | 80 |
| 07 | FRT | 3 AXLE | 1FUJBBCK67LX42349 | 4-30-14 | 80 |
| 06 | VOL | 3 AXLE | 4V4NC9TG66N410893 | 4-30-14 | 80 |
| 07 | VOL | 3 AXLE | 4V4NC9GH27N457763 | 2015-01-31 | 80 |
| 07 | FRE | 3 AXLE | 1FUJA6CK97LW49881 | 4-30-14 | 80 |

2010    INTL    Tractor    3HSCHAPR7AN205441

B6C (Official Form 6C) (04/13)

In re    Harvest Trans, Inc.                      Case No. _____
               Debtor                                                (If known)

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:
(Check one box)

☐   11 U.S.C. § 522(b)(2)                   ☐   Check if debtor claims a homestead exemption that exceeds
☐   11 U.S.C. § 522(b)(3)                       $155,675*.

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTION |
|---|---|---|---|
| Not Applicable. | | | |

*Amount subject to adjustment on 4/01/16 and every three years thereafter with respect to cases commenced on or after the date of adjustment.

Bankruptcy2014 ©1991-2014, New Hope Software, Inc., ver. 4.7.6-807 - 32480-302Y-*****

B6D (Official Form 6D) (12/07)

In re ___Harvest Trans, Inc._____,          Case No. _____
　　　　　　　　　　Debtor                                              (If known)

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

　　　State the name, mailing address, including zip code and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

　　　List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

　　　If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

　　　If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

　　　Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim Without Deducting Value of Collateral" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion, if Any" on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Arrow Truck Sales<br>901 North Ave E<br>Elizabeth, NJ 07201 | | | <br><br><br>VALUE $          0.00 | | | | Notice Only | Notice Only |
| ACCOUNT NO. 197524<br><br>Transport Funding, LLC<br>903 East 104th Street, Suite 170<br>Kansas City, MO 64131-3464 | | | Incurred: 3/31/2014<br>2010 Prostar Tractor<br><br>VALUE $     65,000.00 | | | | 77,465.78 | 12,465.78 |
| ACCOUNT NO.<br><br><br><br>VALUE $ | | | | | | | | |

0___ continuation sheets attached

Subtotal ▶　$   77,465.78　|　$   12,465.78
(Total of this page)

Total ▶　$   77,465.78　|　$   12,465.78
(Use only on last page)

(Report also on Summary of Schedules)　(If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2014 ©1991-2014, New Hope Software, Inc., ver. 4.7.6-807 - 32480-302Y-*****

B6E (Official Form 6E) (04/13)

In re  Harvest Trans, Inc.                                          ,        Case No._____
                    Debtor                                                              (if known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112 and Fed.R.Bankr.P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether husband, wife, both of them or the marital community may be liable on each claim by placing an "H,""W,""J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐  Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐  **Domestic Support Obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐  **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☑  **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $12,475* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐  **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

*Amount subject to adjustment on 4/01/16 and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

Bankruptcy2014 ©1991-2014, New Hope Software, Inc., ver. 4.7.6-807 - 32480-302Y-*****

B6E (Official Form 6E) (04/13) - Cont.

In re ___Harvest Trans, Inc._____,    Case No._____
                        Debtor                                              (if known)


☐   **Certain farmers and fishermen**

   Claims of certain farmers and fishermen, up to $6,150* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).


☐   **Deposits by individuals**

   Claims of individuals up to $2,775* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided.  11 U.S.C. § 507(a)(7).


☑   **Taxes and Certain Other Debts Owed to Governmental Units**

   Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).


☐   **Commitments to Maintain the Capital of an Insured Depository Institution**

   Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution.  11 U.S.C. § 507 (a)(9).


☐   **Claims for Death or Personal Injury While Debtor Was Intoxicated**

   Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).



   * Amounts are subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

___11___ **continuation sheets attached**

B6E (Official Form 6E) (04/13) - Cont.

In re Harvest Trans, Inc. _____,          Case No. _____
                    **Debtor**                                                    **(If known)**

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

(Continuation Sheet)       Sec. 507(a)(4)

Type of Priority for Claims Listed on This Sheet

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above..)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | | | |
| Aco Bakreski 102 Cedar Street Apt 1 Garfield, NJ 07026 | | | | | | | 1,511.29 | 1,511.29 | 0.00 |
| ACCOUNT NO. | | | | | | | | | |
| Andy Li 825 Walton Ave. #5F Bronx, NY 10451 | | | | | | | 1,851.29 | 1,851.29 | 0.00 |
| ACCOUNT NO. | | | | | | | | | |
| Augusto Joanna 822 Myrtle Street Elizabeth, NJ 08302 | | | | | | | 1,268.25 | 1,268.25 | 0.00 |
| ACCOUNT NO. | | | | | | | | | |
| Cesar Gomez Uribe 79 Cambridge Ave. Apartment 2 Garfield, NJ 07026 | | | | | | | 949.39 | 949.39 | 0.00 |

Sheet no. 1 of 11 continuation sheets attached to Schedule of Creditors Holding Priority Claims

Subtotal ▶
(Totals of this page)          $ 5,580.22    $ 5,580.22    $ 0.00

Total ▶
(Use only on last page of the completed Schedule E). Report also on the Summary of Schedules)          $

Totals ▶
(Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.)          $    $    $

Bankruptcy2014 ©1991-2014, New Hope Software, Inc., ver. 4.7.6-807 - 32480-302Y-*****

B6E (Official Form 6E) (04/13) - Cont.

In re Harvest Trans, Inc. _____,    Case No. _____
          Debtor                                                    (If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

(Continuation Sheet)    Sec. 507(a)(4)

Type of Priority for Claims Listed on This Sheet

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above..)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> Curtis Williams <br> 7 Brighton Avenue <br> East Orange, NJ 07017 | | | | | | | 1,098.79 | 1,098.79 | 0.00 |
| ACCOUNT NO. <br> Danny Cho <br> 728 Edgewater Road <br> Ridgefield, NJ | | | | | | | 2,073.42 | 2,073.42 | 0.00 |
| ACCOUNT NO. <br> David Coyla <br> 841 Rebecca Place <br> Apartment 2 <br> Elizabeth, NJ 08302 | | | | | | | 1,090.00 | 1,090.00 | 0.00 |
| ACCOUNT NO. <br> Do J. Lee <br> 158 Mountainview Blvd <br> F2 A1 <br> Wayne, NJ 07470 | | | | | | | 2,254.81 | 2,254.81 | 0.00 |

Sheet no. 2 of 11 continuation sheets attached to Schedule of Creditors Holding Priority Claims

| | | |
|---|---|---|
| Subtotal <br> (Totals of this page) | $ 6,517.02 | $ 6,517.02 | $ 0.00 |
| Total <br> (Use only on last page of the completed Schedule E. Report also on the Summary of Schedules) | $ | | |
| Totals <br> (Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) | $ | $ | $ |

Bankruptcy2014 ©1991-2014, New Hope Software, Inc., ver. 4.7.6-807 - 32480-302Y-*****

B6E (Official Form 6E) (04/13) - Cont.

In re Harvest Trans, Inc. _____,          Case No. _____
                                    **Debtor**                                                    **(If known)**

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)    Sec. 507(a)(4)

Type of Priority for Claims Listed on This Sheet

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above..)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | | | |
| Edgar Salazar 101 Perry Street Jersey City, NJ | | | | | | | 1,519.49 | 1,519.49 | 0.00 |
| ACCOUNT NO. | | | | | | | | | |
| Eduardo Guzman 210 Erie Street Elizabeth, NJ 07602 | | | | | | | 2,999.80 | 2,999.80 | 0.00 |
| ACCOUNT NO. | | | | | | | | | |
| Esteban Lizama 575 Walnut Street Apartment 1 Elizabeth, NJ 07201 | | | | | | | 1,200.13 | 1,200.13 | 0.00 |
| ACCOUNT NO. | | | | | | | | | |
| Gustavo Lopez 106 South Stiles Street Apartment 2F-B Linden, NJ 07036 | | | | | | | 1,413.55 | 1,413.55 | 0.00 |

Sheet no. 3 of 11 continuation sheets attached to Schedule of Creditors Holding Priority Claims

| | | |
|---|---|---|
| Subtotal ➤ (Totals of this page) | $ 7,132.97 | $ 7,132.97 | $ 0.00 |
| Total ➤ (Use only on last page of the completed Schedule E.) Report also on the Summary of Schedules) | $ | | |
| Totals ➤ (Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) | $ | $ | $ |

Bankrupcy2014 ©1991-2014, New Hope Software, Inc., ver. 4.7.6-807 - 32480-302Y-*****

B6E (Official Form 6E) (04/13) - Cont.

In re **Harvest Trans, Inc.** _____,    Case No. _____

                          **Debtor**                                                        **(If known)**

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

(Continuation Sheet)    Sec. 507(a)(4)

Type of Priority for Claims Listed on This Sheet

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above..)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | | | |
| Ivan Perez 1129 E. Front Street Apartment 2 Plainfield, NJ 07062 | | | | | | | 983.17 | 983.17 | 0.00 |
| ACCOUNT NO. | | | | | | | | | |
| James King, Jr. 1878 Manner Drive Apartment D Union, NJ 07083 | | | | | | | 879.00 | 879.00 | 0.00 |
| ACCOUNT NO. | | | | | | | | | |
| Jeff Song 125 Southern Parkway Ridgewood, NJ 07450 | | | | | | | 777.73 | 777.73 | 0.00 |
| ACCOUNT NO. | | | | | | | | | |
| Jeremy K. Yu 435A 1st Street Palisades Park, NJ 07650 | | | | | | | 277.73 | 277.73 | 0.00 |

Sheet no. __4__ of __11__ continuation sheets attached to Schedule of Creditors Holding Priority Claims

|  | | Subtotal (Totals of this page) | $ 2,917.63 | $ 2,917.63 | $ 0.00 |
|---|---|---|---|---|---|
| | | Total (Use only on last page of the completed Schedule E.) Report also on the Summary of Schedules) | $ | | |
| | | Totals (Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) | $ | $ | $ |

Bankruptcy2014 ©1991-2014, New Hope Software, Inc. - ver. 4.7.6-807 - 32480-302Y-*****

B6E (Official Form 6E) (04/13) - Cont.

In re Harvest Trans, Inc. _____,     Case No. _____
                                    Debtor                                              (If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)     Sec. 507(a)(4)

Type of Priority for Claims Listed on This Sheet

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above..) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | | | |
| Jihye K. McManus 410 Valley Road Clark, NJ 07066 | | | | | | | 294.40 | 294.40 | 0.00 |
| ACCOUNT NO. | | | | | | | | | |
| John Baek 473 Oak Street 1st Floor Ridgefield, NJ 07657 | | | | | | | 2,021.86 | 2,021.86 | 0.00 |
| ACCOUNT NO. | | | | | | | | | |
| Jorge Hidalgo 360 N. 12th Street Newark, NJ | | | | | | | 1,356.15 | 1,356.15 | 0.00 |
| ACCOUNT NO. | | | | | | | | | |
| Jose Perez 625 Marshall Street 2nd Floor Elizabeth, NJ 07206 | | | | | | | 1,280.35 | 1,280.35 | 0.00 |

Sheet no. 5 of 11 continuation sheets attached to Schedule of Creditors Holding Priority Claims

Subtotal ►
(Totals of this page)     $ 4,952.76     $ 4,952.76     $ 0.00

Total ►
(Use only on last page of the completed Schedule E.) Report also on the Summary of Schedules)     $

Totals ►
(Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.)     $     $     $

Bankruptcy2014 ©1991-2014, New Hope Software, Inc., ver. 4.7.6-807 - 32480-302Y-*****

B6E (Official Form 6E) (04/13) - Cont.

In re Harvest Trans, Inc.                    ,          Case No. _____
                    **Debtor**                                          **(If known)**

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)   Sec. 507(a)(4)

Type of Priority for Claims Listed on This Sheet

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above..)* | CODEBTOR | HUSBAND, WIFE, JOINT ORCOMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Jose Rodriguez<br>433 Elizabeth Ave<br>Elizabeth, NJ 07206 | | | | | | | 2,882.80 | 2,882.80 | 0.00 |
| ACCOUNT NO.<br><br>Leandro Rodriguez<br>69 Andrews Street<br>Apartment 2<br>Bayonne, NJ 07002 | | | | | | | 2,365.11 | 2,365.11 | 0.00 |
| ACCOUNT NO.<br><br>Luis A. Rivera<br>750 Mills St.<br>Unit D10<br>Belleville, NJ 07109 | | | | | | | 1,420.84 | 1,420.84 | 0.00 |
| ACCOUNT NO.<br><br>Luis Fontanez<br>38 19th Avenue<br>Paterson, NJ 07543 | | | | | | | 1,411.28 | 1,411.28 | 0.00 |

Sheet no. 6 of 11 continuation sheets attached to Schedule of Creditors Holding Priority Claims

| | | |
|---|---|---|
| Subtotal (Totals of this page) | $ 8,080.03 | $ 8,080.03 | $ 0.00 |
| Total (Use only on last page of the completed Schedule E.) Report also on the Summary of Schedules) | $ | | |
| Totals (Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) | $ | $ | $ |

Bankruptcy2014 ©1991-2014, New Hope Software, Inc., ver. 4.7.6-807 - 32480-302Y-*****

B6E (Official Form 6E) (04/13) - Cont.

In re Harvest Trans, Inc. _____,    Case No. _____
                    **Debtor**                                      (If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)    Sec. 507(a)(4)

Type of Priority for Claims Listed on This Sheet

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above..)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> Manuel Torres <br> 9 Montgomery Pl <br> Belleville, NJ 07109 | | | | | | | 2,617.77 | 2,617.77 | 0.00 |
| ACCOUNT NO. <br> Maria Rios <br> 1477 Randolph Ave <br> Avenel, NJ | | | | | | | 876.01 | 876.01 | 0.00 |
| ACCOUNT NO. <br> Mauricio Espinosa <br> 4 Hillside Ave. <br> Apartment 4 <br> Rockaway, NJ 07866 | | | | | | | 1,054.50 | 1,054.50 | 0.00 |
| ACCOUNT NO. <br> Newton Brown <br> 370 Central Ave <br> Apartment P-3 <br> Orange, NJ 07050 | | | | | | | 1,196.04 | 1,196.04 | 0.00 |

Sheet no. 7 of 11 continuation sheets attached to Schedule of Creditors Holding Priority Claims

| | | |
|---|---|---|
| Subtotal <br> (Totals of this page) | $ 5,744.32 | $ 5,744.32 | $ 0.00 |
| Total <br> (Use only on last page of the completed Schedule E.) Report also on the Summary of Schedules) | $ | | |
| Totals <br> (Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) | $ | $ | $ |

Bankruptcy2014 ©1991-2014, New Hope Software, Inc., ver. 4.7.6-807 - 32480-302Y-*****

B6E (Official Form 6E) (04/13) - Cont.

In re __Harvest Trans, Inc._____,          Case No. _____
              **Debtor**                                        **(If known)**

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)     Sec. 507(a)(4)

Type of Priority for Claims Listed on This Sheet

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above..)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br>Oscar Amaya<br>418 Fulton Street<br>Elizabeth, NJ 07206 | | | | | | | 699.58 | 699.58 | 0.00 |
| ACCOUNT NO. <br><br>Patricia Maldonado<br>14 Chelsea St.<br>Stratford, CT 06615 | | | | | | | 3,681.20 | 3,681.20 | 0.00 |
| ACCOUNT NO. <br><br>Power Guerra<br>29 Lexington Street<br>#2<br>Newark, NJ 07106 | | | | | | | 858.75 | 858.75 | 0.00 |
| ACCOUNT NO. <br><br>R. Guevara<br>950 Madison Ave.<br>Apartment 1<br>Elizabeth, NJ 07201 | | | | | | | 2,512.88 | 2,512.88 | 0.00 |

Sheet no. __8__ of __11__ continuation sheets attached to Schedule of Creditors Holding Priority Claims

| | Subtotal ➤ (Totals of this page) | $  7,752.41 | $  7,752.41 | $  0.00 |
|---|---|---|---|---|
| | Total ➤ (Use only on last page of the completed Schedule E. Report also on the Summary of Schedules) | $ | | |
| | Totals ➤ (Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) | $ | $ | $ |

Bankruptcy2014 ©1991-2014, New Hope Software, Inc., ver. 4.7.6-807 - 32480-302Y-*****

B6E (Official Form 6E) (04/13) - Cont.

In re Harvest Trans, Inc. _____,                Case No. _____
                   **Debtor**                                          **(If known)**

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

(Continuation Sheet)    Sec. 507(a)(4)

Type of Priority for Claims Listed on This Sheet

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above..)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> Rigoberto Wilson, Jr. <br> 150 Inslee St. <br> Elizabeth, NJ 07206 | | | | | | | 1,814.23 | 1,814.23 | 0.00 |
| ACCOUNT NO. <br><br> Ronald Ingram <br> 14th Ave. <br> Newark, NJ 07103 | | | | | | | 1,401.94 | 1,401.94 | 0.00 |
| ACCOUNT NO. <br><br> Roqui Mar <br> 696 Broadway <br> Apartment 2R <br> Bayonne, NJ 07002 | | | | | | | 1,041.66 | 1,041.66 | 0.00 |
| ACCOUNT NO. <br><br> Ruben Montalvo <br> 107 Port Ave <br> Elizabeth, NJ 07206 | | | | | | | 1,096.50 | 1,096.50 | 0.00 |

Sheet no. 9 of 11 continuation sheets attached to Schedule of Creditors Holding Priority Claims

| | | |
|---|---|---|
| Subtotal (Totals of this page) ➤ | $ 5,354.33 | $ 5,354.33 | $ 0.00 |
| Total (Use only on last page of the completed Schedule E.) Report also on the Summary of Schedules) ➤ | $ | | |
| Totals (Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) ➤ | $ | $ | $ |

Bankruptcy2014 ©1991-2014, New Hope Software, Inc., ver. 4.7.6-807 - 32480-302Y-*****

B6E (Official Form 6E) (04/13) - Cont.

In re Harvest Trans, Inc. _____,   Case No. _____

Debtor   (If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

(Continuation Sheet)   Sec. 507(a)(4)

Type of Priority for Claims Listed on This Sheet

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above..)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. |||||||||
| Sung K. Hong 140 E. Palisades Boulevard Palisaides Park, NJ 07650 |||||||277.73|277.73|0.00|
| ACCOUNT NO. |||||||||
| Youn Joung 145 Elmwood Ave Allendale, NJ 07401 |||||||2,185.96|2,185.96|0.00|
| ACCOUNT NO. |||||||||
| Young Ho Ahn 13 Elaine Road East Brunswick, NJ 08816 |||||||319.33|319.33|0.00|
| ACCOUNT NO. |||||||||
| Zoraya Payne 34 Colonial Dr. Bayonne, NJ 07002 |||||||222.26|222.26|0.00|

Sheet no. __10__ of __11__ continuation sheets attached to Schedule of Creditors Holding Priority Claims

| | Subtotal (Totals of this page) | $ 3,005.28 | $ 3,005.28 | $ 0.00 |
|---|---|---|---|---|
| | Total (Use only on last page of the completed Schedule E.) Report also on the Summary of Schedules) | $ | | |
| | Totals (Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) | $ | $ | $ |

Bankruptcy2014 ©1991-2014, New Hope Software, Inc., ver. 4.7.6-807 - 32480-302Y-*****

B6E (Official Form 6E) (04/13) - Cont.

In re Harvest Trans, Inc. _____ ,     Case No. _____
             **Debtor**                                                                      **(If known)**

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)   Sec. 507(a)(8)

Type of Priority for Claims Listed on This Sheet

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above..)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | | | |
| Internal Revenue Service Special Procedures Branch Attn: Bankruptcy Section PO Box 744 Springfield, NJ 07081 | | | | | | | Notice Only | Notice Only | Notice Only |
| ACCOUNT NO. | | | | | | | | | |
| IRS PO Box 7346 Philadelphia, PA 19101-7346 | | | | | | | Notice Only | Notice Only | Notice Only |
| ACCOUNT NO. | | | | | | | | | |
| State of New Jersey Division of Taxation, Gross Income Tax 50 Barrack Street PO Box 269 Trenton, NJ 08625 | | | | | | | Notice Only | Notice Only | Notice Only |
| ACCOUNT NO. | | | | | | | | | |
| | | | | | | | | | |

Sheet no. 11 of 11 continuation sheets attached to Schedule of Creditors Holding Priority Claims

| | | |
|---|---|---|
| Subtotal (Totals of this page) ➤ | $ 0.00 | $ 0.00 | $ 0.00 |
| Total (Use only on last page of the completed Schedule E.) Report also on the Summary of Schedules) ➤ | $ 57,036.97 | | |
| Totals (Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) ➤ | $ | $ 57,036.97 | $ 0.00 |

Bankruptcy2014 ©1991-2014, New Hope Software, Inc. - ver. 4.7.6-807 - 32480-302Y-*****

B6F (Official Form 6F) (12/07)

In re  Harvest Trans, Inc. _____,        Case No. _____
              **Debtor**                                               (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account that the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | Attorneys for Inter Pool, Inc. d/b/a Intermodal | | | | |
| Anthony P. Trozzolillo, Esq. The Chartwell Law Offices, LLP 125 North Washington Ave The Connell Building, Suite 240 Scranton, PA 18503 | | | | | | | Notice Only |
| ACCOUNT NO. | | | Physical Damage Insurance | | | | |
| ARI Insurance 125 Pheasant Run Newton, PA 18940 | | | | | | | 35,000.00 |
| ACCOUNT NO. | | | Counsel for Kathleen Kuhn | | | | |
| Barry A. Kronthal, Esq. Margolis Edelstein 3510 Trindle Road Camp Hill, PA 17011 | | | | | | | Notice Only |
| ACCOUNT NO. | | | Waste Management | | | | |
| Cali Carting 450 Bergen Ave. Kearny, NJ 07032 | | | | | | | 155.00 |

_8_ continuation sheets attached

Subtotal ► $ 35,155.00

Total ► $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2014 ©1991-2014, New Hope Software, Inc., ver. 4.7.6-807 - 32480-302Y-*****

B6F (Official Form 6F) (12/07) - Cont.

In re  Harvest Trans, Inc. _____,        Case No. _____
            **Debtor**                                            **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Charles Kannebecker, Esq.<br>Weinstein, Schneider,<br>Kannebecker & Lokuta<br>104 W. High Street<br>Milford, PA 18837 | | | Counsel for Paul Bicsak, Jr. | | | | Notice Only |
| ACCOUNT NO.<br><br>Chester A. Dudzinski, Esq.<br>Cipriani & Werner<br>Suite 700<br>650 Washington Road<br>Pittsburgh, PA 15228 | | | Attorneys for National Specialty Insurance Co. | | | | Notice Only |
| ACCOUNT NO.<br><br>Comdata<br>5301 Maryland Way<br>Brentwood, TN 37027 | | | | | | | Notice Only |
| ACCOUNT NO.<br><br>CRS<br>One Lawrence Street<br>Glens Falls, NY 12801 | | | | | | | Notice Only |
| ACCOUNT NO.<br><br>Daily Truck Service<br>480 Wilson Ave.<br>Newark, NJ 07105 | | | Truck Repair | | | | 15,000.00 |

Sheet no. __1__ of __8__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤   $   15,000.00

Total ➤   $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   Harvest Trans, Inc._____,          Case No. _____
                    **Debtor**                                                              (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. Deer Park Direct 6661 Doxie Highway Louisville, KY40258 | | | Drinking Water | | | | 100.00 |
| ACCOUNT NO. Direct Chassis Link 6000 Arrowpoint Blvd. Charlotte, NC 28202 | | | Chassis Lease | | | | 300.00 |
| ACCOUNT NO. Donald M. Davis, Esq. Margolis Edelstein 170 So. Independence Square West Curtis Center, Suite 400E Philadelphia, PA 19106-3337 | | | Counsel for Revere Smelting and Refinery Corp. and Wayde Lennon | | | | Notice Only |
| ACCOUNT NO. Flex-Van 251 Monroe Ave. Kenilworth, NJ 07033 | | | Chassis Lease | | | | 450.00 |
| ACCOUNT NO. James W. Potter, Esq. Liexer, Hyman, & Potter, PC PO Box 782 Reading, PA 19603-0782 | | | Attorneys for Christopher Boyer | | | | Notice Only |

Sheet no. _2_ of _8_ continuation sheets attached                    Subtotal ➤   $          850.00
to Schedule of Creditors Holding Unsecured
Nonpriority Claims                                                              Total ➤     $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2014 ©1991-2014, New Hope Software, Inc. - ver. 4.7.6-807 - 32480-302Y-*****

B6F (Official Form 6F) (12/07) - Cont.

In re   Harvest Trans, Inc.                              ,        Case No. _____
                    **Debtor**                                                    **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT ORCOMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Jason Banonis, Esq.<br>Marshall Dennehey Warner<br>Coleman & Goggin<br>1495 Valley Center Parkway, Suite 350<br>Bethlehem, PA 18017 | | | Attorneys for Christopher Boyer as Administrator of the Estate of Lauren Boyer | | | | Notice Only |
| ACCOUNT NO.<br><br>Jeffrey B. Rettig, Esq.<br>Johnson Duffie Stewart & Weidner, PC<br>301 Market Street<br>PO Box 109<br>Lemoyne, PA 17043 | | | Attorneys for Paul Bicsak | | | | Notice Only |
| ACCOUNT NO.<br><br>John on the Spot<br>3168 Bordentown Ave.<br>Old Bridge, NJ 08857 | | | Portable toilets | | | | 500.00 |
| ACCOUNT NO.<br><br>John R. Badal, Esq.<br>Liexer, Hyman & Potter, PC<br>PO Box 782<br>Reading, PA 19603-0782 | | | Attorneys for Christopher Boyer | | | | Notice Only |
| ACCOUNT NO.<br><br>Joseph A. Quinn, Jr., Esq.<br>Michael A. Lombardo, III, Esq.<br>Houngan, Kluger & Quinn<br>600 Third Ave.<br>Kingston, Pennsylvania 18704-5815 | | | | | | | Notice Only |

Bankruptcy2014 ©1991-2014, New Hope Software, Inc., ver. 4.7.6-807 - 32480-302Y*-*****

Sheet no. _3_ of _8_ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤ | $ | 500.00
Total ➤ | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  Harvest Trans, Inc.                          ,          Case No. _____
          **Debtor**                                                                 **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** <br> JW PC Clinic <br> 482 Main Street <br> Fort Lee, NJ 07024 | | | Computer Repair | | | | 1,000.00 |
| **ACCOUNT NO.** <br> Kaitlyn & Brother, LLC <br> 1223 Summit Ave. <br> Union City, NJ 07087 | | | Truck Repair | | | | 3,500.00 |
| **ACCOUNT NO.** <br> KW Rastall Oil <br> PO Box 7174 <br> North Brunswick, NJ 08902 | | | Fuel Supply | | | | 21,000.00 |
| **ACCOUNT NO.** <br> Mary Alisa Reeves, Esq. <br> Reeves McEwing, LLP <br> 719 East Passyunk Ave <br> Philadelphia, PA 19147 | | | Attorneys for Yang Ming Marine Transport Corp. | | | | Notice Only |
| **ACCOUNT NO.** <br> Matthew Taitelman <br> Zarwin Baum DeVito Kaplan <br> Schaer Toddy, PC <br> 1818 Market Street, 13th Floor <br> Philadelphia, PA 19103-3638 | | | | | | | Notice Only |

Sheet no.  4  of  8   continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤  $  25,500.00

Total ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2014 ©1991-2014, New Hope Software, Inc., ver. 4.7.6-807 - 32480-302Y-*****

B6F (Official Form 6F) (12/07) - Cont.

In re  Harvest Trans, Inc.                                    ,          Case No. _____
                    **Debtor**                                                                    (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT ORCOMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Michael W. Mcguckin, Esq.<br>Liexer, Hyman & Potter, PC<br>PO Box 782<br>Reading, PA 19603-0782 | | | Attorneys for Christopher Boyer | | | | Notice Only |
| ACCOUNT NO.<br><br>MY Soft Data<br>385 Sylvan Ave.<br>Englewood Cliffs, NJ 07632 | | | Office Software Provider | | | | 240.00 |
| ACCOUNT NO.<br><br>National Safety Compliance<br>195 Lehigh Ave.<br>Lakewood, NJ 08701 | | | Safety Compliance Company | | | | 100.00 |
| ACCOUNT NO.<br><br>New World Limo<br>425 5th St.<br>Palisades Park, NJ 07650 | | | Taxi Service | | | | 300.00 |
| ACCOUNT NO.<br><br>Patricia Baxter, Esq.<br>Donna M. Crotharnel, Esq.<br>Cruser & Mitchell, LLP<br>Two Penn Center, Suite 1700<br>1500 John F. Kennedy Blvd.<br>Philadelphia, PA 19102 | | | Attorneys for Emilio Perez-Pasmino | | | | Notice Only |

Sheet no. _5_ of _8_ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

| | Subtotal ▶ | $ | 640.00 |
|---|---|---|---|
| | Total ▶ | $ | |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2014 ©1991-2014, New Hope Software, Inc., ver. 4.7.6-807 - 32480-302Y,*****

B6F (Official Form 6F) (12/07) - Cont.

In re  Harvest Trans, Inc.                                    ,        Case No. _____
            **Debtor**                                                                    **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Penn Intermidal Leasing<br>PO Box 822810<br>Philadelphia, PA 19182 | | | Chassis Lease | | | | 700.00 |
| ACCOUNT NO.<br><br>Premium Assignment<br>PO Box 8000<br>Tallahassee, FL 32314 | | | Cargo Insurance | | | | 15,525.00 |
| ACCOUNT NO.<br><br>PSE&G<br>PO Box 1444<br>New Brunswick, NJ 08906 | | | Electrical Service | | | | 1,038.00 |
| ACCOUNT NO.<br><br>Trac Intermidal<br>211 College Road<br>Princeton, NJ 08540 | | | Chassis Provider | | | | 9,000.00 |
| ACCOUNT NO.<br><br>United Healthcare<br>48 Monroe Turnpike<br>Trumbell, CT 06611 | | | Health Insurance | | | | 3,914.00 |

Sheet no. __6__ of __8__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ► $      30,177.00

Total ► $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2014 ©1991-2014, New Hope Software, Inc., ver. 4.7.6-807 - 32480-302Y-*****

B6F (Official Form 6F) (12/07) - Cont.

In re   Harvest Trans, Inc.                              ,          Case No. _____
_____
            **Debtor**                                                        (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>US Security Association<br>200 Mansell Court<br>Roswell, GA 30076 | | | Security | | | | 8,000.00 |
| ACCOUNT NO.<br><br>Verizon<br>500 Technology Drive<br>Wekton, MO 63304 | | | Phone Company | | | | 1,000.00 |
| ACCOUNT NO.<br><br>Verizon<br>501 Technology Drive<br>Wekton, MO 63304 | | | Internet Service | | | | 485.00 |
| ACCOUNT NO.<br><br>Vincent Frammigen<br>7 Sheffirld Lane<br>Turnersville, NJ 08012 | | | Safety Compliance Service | | | | 1,200.00 |
| ACCOUNT NO.<br><br>WB Mason<br>59 Centre St.<br>Brockton, MA 2301 | | | Office Supply | | | | 350.00 |

Sheet no. _7_ of _8_ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ▶  $  11,035.00

Total ▶  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  Harvest Trans, Inc. _____,   Case No. _____
                    **Debtor**                                                              **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| William Scottsman 35 Ford Lane Kearny, NJ 07032 | | | | | | | 720.00 |
| ACCOUNT NO. | | | | | | | |
| | | | | | | | |
| ACCOUNT NO. | | | | | | | |
| | | | | | | | |
| ACCOUNT NO. | | | | | | | |
| | | | | | | | |
| ACCOUNT NO. | | | | | | | |
| | | | | | | | |

Sheet no. _8_ of _8_ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ▶  |  $  720.00

Total ▶  |  $  119,577.00

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2014 ©1991-2014, New Hope Software, Inc., ver. 4.7.6-807 - 32480-302Y-*****

B6G (Official Form 6G) (12/07)

In re __Harvest Trans, Inc._____     Case No. _____
                **Debtor**                                                               (if known)

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m).

☐    Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| Big Daddy Drayage<br>575 Avenue P<br>Newark, NJ 07105 | Real Property Lease<br>$16,500 per month<br><br>Lease on nonresidential real property |
| New York Business System<br>150 Fulton Ave<br>Garden City, NY 11040 | Copier Lease<br>$220 per month |
| William Scotsman<br>35 Ford Lane<br>Kearny, NJ 07032 | Office Trailer<br>$510 per month |
| Jaguar Land Rover North America, LLC<br>Attn: Customer Relationship Center<br>555 MacArthur Blvd.<br>Mahwah, NJ 07430 | Car Lease<br>$830 per month |
| Penn International<br>PO Box 822810<br>Philadelphia, PA 19182 | Trailer Lease<br>$650 per month |
| Arrow Truck Sales<br>901 North Ave E<br>Elizabeth, NJ 07201 | Tractor installment sale agreement |
| Tranport Funding<br>903 East 104th Street, Suite 170<br>Kansas City, MO 64131-3464 | Tractor installment sale agreement |

Bankruptcy2014 ©1991-2014, New Hope Software, Inc., ver. 4.7.6-807 - 32480-302Y-*****

B 6G (Official Form 6G) (12/07) -- Cont.

In re __Harvest Trans, Inc._____     Case No. _____
              __Debtor__                              __(if known)__

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
## (Continuation Page)

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| Premium Assignment<br>PO Box 8000<br>Tallahassee, FL 32314 | Cargo Insurance<br>$15,525 per month |
| Direct Chassis Link<br>6000 Arrowpoint Blvd<br>Charlotte, NC | Chassis Lease<br>$300 per month |
| FLEX-VAN<br>251 Monroe Ave<br>Kenilworth, NJ 07033 | Chassis Lease<br>$450 per month |
| Penn Intermidal Leasing<br>PO Box 822810<br>Philadelphia, PA 19182 | Chassis Lease<br>$700 per month |
| | |
| | |
| | |
| | |

Bankruptcy2014 ©1991-2014, New Hope Software, Inc., ver. 4.7.6-807 - 32480-302Y-*****

B6H (Official Form 6H) (12/07)

In re   Harvest Trans, Inc.                                    Case No. _____
                    **Debtor**                                                    **(if known)**

# SCHEDULE H - CODEBTORS

    Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112 and Fed. Bankr. P. 1007(m).

☑  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
|  |  |

Bankruptcy2014 ©1991-2014, New Hope Software, Inc., ver. 4.7.6-807 - 32480-302X-*****

Official Form 6 - Statistical Summary (12/13)

# United States Bankruptcy Court
### District of New Jersey

In re  Harvest Trans, Inc. _____  Case No. _____
                     Debtor

                                                Chapter ____11____

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C. §101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☑ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | $ N.A. |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | $ N.A. |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | $ N.A. |
| Student Loan Obligations (from Schedule F) | $ N.A. |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | $ N.A. |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | $ N.A. |
| TOTAL | $ N.A. |

**State the Following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 12) | $ N.A. |
| Average Expenses (from Schedule J, Line 22) | $ N.A. |
| Current Monthly Income (from Form 22A Line 12; **OR**, Form 22B Line 11; **OR**, Form 22C Line 20 ) | $ N.A. |

**State the Following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | $ N.A. |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column. | $ N.A. | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | $ N.A. |
| 4. Total from Schedule F | | $ N.A. |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | $ N.A. |

Bankruptcy2014 ©1991-2014, New Hope Software, Inc., ver. 4.7.6-807 - 32480-302Y-*****

B6 (Official Form 6 - Declaration) (12/07)

In re _Harvest Trans, Inc._____    Case No. _____
                          **Debtor**                                                    **(If known)**

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date _____        Signature: _____
                                                                      **Debtor**

Date _____        Signature: _____
                                                                      (Joint Debtor, if any)

                                                        [If joint case, both spouses must sign.]

---

**DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)**

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h) and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110 setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that section.

_____        _____
Printed or Typed Name and Title, if any,                    Social Security No.
of Bankruptcy Petition Preparer                              *(Required by 11 U.S.C. § 110.)*

*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person, or partner who signs this document.*

_____
_____
_____
Address

X _____        _____
      Signature of Bankruptcy Petition Preparer                              Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document, unless the bankruptcy petition preparer is not an individual:

*If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.*

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

---

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the __President_____ [the president or other officer or an authorized agent of the corporation or a member or an authorized agent of the partnership ] of the _Harvest Trans, Inc._____ [corporation or partnership] named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _32_ sheets *(total shown on summary page plus 1),* and that they are true and correct to the best of my knowledge, information, and belief.

Date _4/3/14_____        Signature: X _____
                                                                      JEFF SONG
                                                        [Print or type name of individual signing on behalf of debtor.]

*[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]*

---

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

Bankruptcy2014 ©1991-2014, New Hope Software, Inc., ver. 4.7.6-807 - 32480-302Y-******

B7 (Official Form 7) (04/13)

# UNITED STATES BANKRUPTCY COURT
### District of New Jersey

In Re  Harvest Trans, Inc.

Case No. _____
(if known)

## STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. If the answer to an applicable question is "None," mark the box labeled "None." If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any persons in control of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(2), (31).

---

### 1. Income from employment or operation of business

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | | SOURCE |
|---|---|---|
| 2013 | Revenue $5,000,000 | Profit (estimated amounts) $1,000 |
| 2012 | Revenues $7,460,011 | Profit $339,655 |
| 2011 | Revenues $6,561.467 | Profit $200,132 |

Bankruptcy2014 ©1991-2014, New Hope Software, Inc., ver. 4.7.6-807 - 32480-302Y-*****

B7 (Official Form 7) (04/13)                                                                                                    2

2.   **Income other than from employment or operation of business**

None ☒
      State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the two years immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|

None ☒

3.   **Payments to creditors**

*Complete a. or b., as appropriate, and c.*

*a. Individual or joint debtor(s) with primarily consumer debts:* List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within 90 days immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

None ☐

*b. Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within 90 days immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $6,225*. If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

*Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after date of adjustment.*

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

All payments made in the last ninety days made in ordinary course of business
See Attached Rider #3

Bankruptcy2014 ©1991-2014, New Hope Software, Inc., ver. 4.7.6-807 - 32480-302Y-******

*Check Disbursements* Rider #3

1:08 PM
03-25-14
Accrual Basis

# Harvest Trans Inc
## Find Report
### January through March 2014

| Type | Date | Num | Name | Amount | Balance |
|------|------|-----|------|--------|---------|
| **Jan - Mar 14** | | | | | |
| Check | 03/24/2014 | 18804 | truck management | -250.00 | -250.00 |
| Check | 03/24/2014 | 18805 | newton brown | -198.00 | -448.00 |
| Check | 03/20/2014 | 18789 | Bank of America | -9,000.00 | -9,448.00 |
| Check | 03/20/2014 | 18790 | PREMIUM ASSIGNMENT CORP | -2,587.58 | -12,035.58 |
| Check | 03/20/2014 | 18791 | ARIInsurance Companies | -1,673.70 | -13,709.28 |
| Check | 03/20/2014 | 18792 | corporate records service | -125.00 | -13,834.28 |
| Check | 03/20/2014 | 18793 | EDGAR SALAZAR | -1,150.00 | -14,984.28 |
| Check | 03/20/2014 | 18794 | Mario Carlos | -3,475.00 | -18,459.28 |
| Check | 03/20/2014 | 18795 | new Jersey Motor Veh Commission | -71.50 | -18,530.78 |
| Check | 03/20/2014 | 18796 | trac | -8,459.91 | -26,990.69 |
| Check | 03/20/2014 | 18797 | big daddy drayage | -16,978.00 | -43,968.69 |
| Check | 03/20/2014 | 18798 | Mediterranean Shipping Co | -140.00 | -44,108.69 |
| Check | 03/20/2014 | 18799 | Verizon | -40.79 | -44,149.48 |
| Check | 03/20/2014 | 18802 | Verizon | -467.53 | -44,617.01 |
| Check | 03/20/2014 | 18803 | Verizon | -826.06 | -45,443.07 |
| Check | 03/20/2014 | 18800 | Oxford Benifit Management | -279.21 | -45,722.28 |
| Check | 03/20/2014 | 18801 | land rover financial group | -873.00 | -46,595.28 |
| Check | 03/19/2014 | 18787 | francisco velasco | -405.00 | -47,000.28 |
| Check | 03/19/2014 | 18788 | NYC Dept of Finance | -115.00 | -47,115.28 |
| Check | 03/18/2014 | 18784 | ronald ingram | -3,000.00 | -50,115.28 |
| Check | 03/18/2014 | 18785 | EDGAR SALAZAR | -150.00 | -50,265.28 |
| Check | 03/18/2014 | 18786 | Direct Chassis Link | -127.00 | -50,392.28 |
| Check | 03/14/2014 | 18772 | francisco velasco | -485.00 | -50,877.28 |
| Check | 03/14/2014 | 18773 | Jeff Song | -4,430.04 | -55,307.32 |
| Check | 03/14/2014 | 18774 | SUNG HONG | -1,521.81 | -56,829.13 |
| Check | 03/14/2014 | 18775 | Zoraya Payne | -1,386.83 | -58,215.96 |
| Check | 03/14/2014 | 18776 | Young Ho Ahn | -1,979.44 | -60,195.40 |
| Check | 03/14/2014 | 18777 | JEREMY K YU | -1,747.80 | -61,943.20 |
| Check | 03/14/2014 | 18778 | Jihye K Mc Manus | -1,737.90 | -63,681.10 |
| Check | 03/14/2014 | 18779 | Ruben Montalvo | -360.00 | -64,041.10 |
| Check | 03/14/2014 | 18780 | Power Guerra | -104.00 | -64,145.10 |
| Check | 03/14/2014 | 18781 | eduardo guzman | -350.00 | -64,495.10 |
| Check | 03/14/2014 | 18783 | Jeff Song | -440.00 | -64,935.10 |
| Check | 03/12/2014 | 18769 | US Bank | -1,040.00 | -65,975.10 |
| Check | 03/12/2014 | 18770 | JW PC Clinic | -1,926.00 | -67,901.10 |
| Check | 03/12/2014 | 18771 | William Scottsman | -1,569.92 | -69,471.02 |
| Check | 03/10/2014 | 18763 | Vincent Frammigen | -600.00 | -70,071.02 |
| Check | 03/10/2014 | 18764 | Bank of America | -37.00 | -70,108.02 |

1:08 PM
03-23-14
Accrual Basis

**Harvest Trans Inc**
## Find Report
### January through March 2014

| Type | Date | Num | Name | Amount | Balance |
|------|------|-----|------|--------|---------|
| Check | 03/10/2014 | 18765 | Bank of America | -37.00 | -70,145.02 |
| Check | 03/10/2014 | 18766 | trac | -4,372.53 | -74,517.55 |
| Check | 03/10/2014 | 18767 | daily truck tire | -9,800.00 | -84,317.55 |
| Check | 03/10/2014 | 18768 | Curtis Willis | -1,035.00 | -85,352.55 |
| Check | 03/06/2014 | 18758 | Ivan Perez | -306.00 | -85,658.55 |
| Check | 03/06/2014 | 18759 | KW Rastall Oil | -13,652.19 | -99,310.74 |
| Check | 03/06/2014 | 18761 | carlos ortiz | -1,200.00 | -100,510.74 |
| Check | 03/06/2014 | 18760 | Global Terminals & Container Service | -135.00 | -100,645.74 |
| Check | 03/06/2014 | 18762 | APL | -425.00 | -101,070.74 |
| Check | 03/04/2014 | 18756 | Luiggy Rodriguez | -2,725.00 | -103,795.74 |
| Check | 03/03/2014 | 18753 | JW PC Clinic | -1,882.13 | -105,677.87 |
| Check | 03/03/2014 | 18754 | young Park | -10,000.00 | -115,677.87 |
| Check | 03/03/2014 | 18755 | ZEKE's Towing Inc | -825.00 | -116,502.87 |
| Check | 02/28/2014 | 18746 | Jeff Song | -4,430.04 | -120,932.91 |
| Check | 02/28/2014 | 18747 | JEREMY K YU | -1,747.80 | -122,680.71 |
| Check | 02/28/2014 | 18748 | Zoraya Payne | -1,386.83 | -124,067.54 |
| Check | 02/28/2014 | 18749 | Young Ho Ahn | -1,979.44 | -126,046.98 |
| Check | 02/28/2014 | 18750 | SUNG HONG | -1,521.81 | -127,568.79 |
| Check | 02/28/2014 | 18751 | Jihye K Mc Manus | -1,737.90 | -129,306.69 |
| Check | 02/28/2014 | 18752 | Luiggy Rodriguez | -3,849.69 | -133,156.38 |
| Check | 02/28/2014 | 18757 | Soon Bae | -8,141.91 | -141,298.29 |
| Check | 02/27/2014 | 18745 | flex-Van | -170.00 | -141,468.29 |
| Check | 02/26/2014 | 18742 | YANG MING (AMERICA)CORP | -355.00 | -141,823.29 |
| Check | 02/26/2014 | 18743 | Jeff Song | -1,500.00 | -143,323.29 |
| Check | 02/26/2014 | 18744 | B & F Autoglass | -170.00 | -143,493.29 |
| Check | 02/25/2014 | 18738 | roberto truckwash | -480.00 | -143,973.29 |
| Check | 02/25/2014 | 18739 | new York State Dept of Taxation & Finance | -112.59 | -144,085.88 |
| Check | 02/25/2014 | 18740 | log time | -343.05 | -144,428.93 |
| Check | 02/25/2014 | 18741 | Star Towing | -175.00 | -144,603.93 |
| Check | 02/24/2014 | 18737 | Vincent Frammigen | -400.00 | -145,003.93 |
| Check | 02/21/2014 | 18720 | YANG MING (AMERICA)CORP | -100.00 | -145,103.93 |
| Check | 02/21/2014 | 18721 | ZEKE's Towing Inc | -225.00 | -145,328.93 |
| Check | 02/21/2014 | 18722 | Luiggy Rodriguez | -2,510.60 | -147,839.53 |
| Check | 02/21/2014 | 18723 | PREMIUM FINANCING SPECIALISTS | -2,587.58 | -150,427.11 |
| Check | 02/21/2014 | 18724 | CANON FINANCIAL SVC | -158.49 | -150,585.60 |
| Check | 02/21/2014 | 18725 | NYBS | -41.64 | -150,627.24 |
| Check | 02/21/2014 | 18726 | Verizon | -467.53 | -151,094.77 |
| Check | 02/21/2014 | 18727 | Verizon | -698.73 | -151,793.50 |
| Check | 02/21/2014 | 18728 | PSEG | -1,657.25 | -153,450.75 |

1:08 PM
03-27-14
Accrual Basis

## Harvest Trans Inc
## Find Report
### January through March 2014

| Type | Date | Num | Name | Amount | Balance |
|------|------|-----|------|--------|---------|
| Check | 02/21/2014 | 18729 | land rover financial group | -873.00 | -154,323.75 |
| Check | 02/21/2014 | 18730 | CHANGSOO KIM | -1,500.00 | -155,823.75 |
| Check | 02/21/2014 | 18731 | W B Mason | -300.08 | -156,123.83 |
| Check | 02/21/2014 | 18732 | johnny on the spot | -477.00 | -156,600.83 |
| Check | 02/21/2014 | 18733 | CALI CARTING | -152.80 | -156,753.63 |
| Check | 02/21/2014 | 18734 | Mysoft Data | -240.00 | -156,993.63 |
| Check | 02/21/2014 | 18735 | National Safety Compliance | -98.30 | -157,091.93 |
| Check | 02/21/2014 | 18736 | Penn Intermodal Leasing | -643.56 | -157,735.49 |
| Check | 02/20/2014 | 18717 | lafayette town court | -300.00 | -158,035.49 |
| Check | 02/20/2014 | 18718 | marquis agency | -541.00 | -158,576.49 |
| Check | 02/20/2014 | 18719 | NYK | -100.00 | -158,676.49 |
| Check | 02/18/2014 | 18714 | Evergreen Shipping Agency | -100.00 | -158,776.49 |
| Check | 02/18/2014 | 18715 | DELAWARE DEPT OF TRANSPORTATION | -9.00 | -158,785.49 |
| Check | 02/18/2014 | 18716 | KW Rastall Oil | -26,927.68 | -185,713.17 |
| Check | 02/14/2014 | 18708 | Young Ho Ahn | -1,979.44 | -187,692.61 |
| Check | 02/14/2014 | 18709 | SUNG HONG | -1,521.81 | -189,214.42 |
| Check | 02/14/2014 | 18710 | Jihye K Mc Manus | -1,737.90 | -190,952.32 |
| Check | 02/14/2014 | 18711 | JEREMY K YU | -1,747.80 | -192,700.12 |
| Check | 02/14/2014 | 18712 | Zoraya Payne | -1,386.83 | -194,086.95 |
| Check | 02/14/2014 | 18713 | Jeff Song | -4,430.04 | -198,516.99 |
| Check | 02/12/2014 | 18707 | Vincent Frammigen | -400.00 | -198,916.99 |
| Check | 02/10/2014 | 18701 | Commonwealth of PA | -1,133.50 | -200,050.49 |
| Check | 02/10/2014 | 18702 | Port Authoruty of NY/NJ | -25.00 | -200,075.49 |
| Check | 02/10/2014 | 18703 | Soon Bae | -8,141.91 | -208,217.40 |
| Check | 02/10/2014 | 18704 | Jeff Song | -1,500.00 | -209,717.40 |
| Check | 02/10/2014 | 18705 | Young Ho Ahn | -105.00 | -209,822.40 |
| Check | 02/10/2014 | 18706 | RICARD TABORDA | -170.00 | -209,992.40 |
| Check | 02/07/2014 | 18698 | Jose Perez | -136.00 | -210,128.40 |
| Check | 02/07/2014 | 18699 | Curtis Willis | -58.00 | -210,186.40 |
| Check | 02/07/2014 | 18700 | Ivan Perez | -47.89 | -210,234.29 |
| Check | 02/06/2014 | 18695 | girard municipal court | -312.00 | -210,546.29 |
| Check | 02/06/2014 | 18696 | DO J LEE. | -3,000.00 | -213,546.29 |
| Check | 02/03/2014 | 18680 | James King Jr. | -150.00 | -213,696.29 |
| Check | 02/03/2014 | 18681 | William Scottsman | -1,783.54 | -215,479.83 |
| Check | 02/03/2014 | 18682 | City of Newark | -1,395.02 | -216,874.85 |
| Check | 02/03/2014 | 18683 | CHANGSOO KIM | -1,000.00 | -217,874.85 |
| Check | 02/03/2014 | 18684 | National Safety Compliance | -78.30 | -217,953.15 |
| Check | 02/03/2014 | 18685 | W B Mason | -151.72 | -218,104.87 |
| Check | 02/03/2014 | 18686 | New World taxi | -493.00 | -218,597.87 |

1:08 PM
03-2F-14
Accrual Basis

**Harvest Trans Inc**

# Find Report
### January through March 2014

| Type | Date | Num | Name | Amount | Balance |
|------|------|-----|------|--------|---------|
| Check | 02/03/2014 | 18687 | daily truck tire | -3,400.00 | -221,997.87 |
| Check | 02/03/2014 | 18688 | DEER PARK | -35.08 | -222,032.95 |
| Check | 02/03/2014 | 18689 | Mysoft Data | -240.00 | -222,272.95 |
| Check | 02/03/2014 | 18690 | NYC Business Center | -330.00 | -222,602.95 |
| Check | 02/03/2014 | 18691 | us Security Associates Inc | -9,218.20 | -231,821.15 |
| Check | 02/03/2014 | 18692 | PSEG | -837.33 | -232,658.48 |
| Check | 02/03/2014 | 18693 | big daddy drayage | -16,978.00 | -249,636.48 |
| Check | 02/03/2014 | 18694 | Mario Carlos | -1,110.00 | -250,746.48 |
| Check | 01/31/2014 | 18677 | Young Ho Ahn | -1,979.44 | -252,725.92 |
| Check | 01/31/2014 | 18678 | Jeff Song | -4,430.04 | -257,155.96 |
| Check | 01/31/2014 | 18673 | JEREMY K YU | -1,747.80 | -258,903.76 |
| Check | 01/31/2014 | | Jeff Song | -1,500.00 | -260,403.76 |
| Check | 01/31/2014 | 18679 | SUNG HONG | -1,521.81 | -261,925.57 |
| Check | 01/31/2014 | 18669 | new Jersey Motor Veh Commission | -1,444.26 | -263,369.83 |
| Check | 01/31/2014 | 18670 | tps | -330.00 | -263,699.83 |
| Check | 01/30/2014 | 18670 | trac | -16,023.76 | -279,723.59 |
| Check | 01/29/2014 | 18667 | RICARD TABORDA | -160.00 | -279,883.59 |
| Check | 01/29/2014 | 18668 | KW Rastall Oil | -17,123.15 | -297,006.74 |
| Check | 01/29/2014 | 18669 | ronald ingram | -1,000.00 | -298,006.74 |
| Check | 01/28/2014 | 18666 | Yong Park | -13,000.00 | -311,006.74 |
| Check | 01/27/2014 | 18663 | Vincent Frammigen | -400.00 | -311,406.74 |
| Check | 01/27/2014 | 18664 | new Jersey Motor Veh Commission | -649.00 | -312,055.74 |
| Check | 01/23/2014 | 18659 | Jeff Song | -1,500.00 | -313,555.74 |
| Check | 01/22/2014 | 18658 | daily truck tire | -1,814.31 | -315,370.05 |
| Check | 01/20/2014 | 18650 | PSEG | -471.75 | -315,841.80 |
| Check | 01/20/2014 | 18651 | PREMIUM FINANCING SPECIALISTS | -2,587.58 | -318,429.38 |
| Check | 01/20/2014 | 18652 | Oxford Health Plans | -3,914.63 | -322,344.01 |
| Check | 01/20/2014 | 18654 | Verizon | -665.58 | -323,009.59 |
| Check | 01/20/2014 | 18655 | Verizon | -467.53 | -323,477.12 |
| Check | 01/20/2014 | 18656 | ADR | -18.50 | -323,495.62 |
| Check | 01/20/2014 | 18657 | Mario Carlos | -850.00 | -324,345.62 |
| Check | 01/17/2014 | 18653 | GABRIELS TRANSPORT LLC | -1,400.00 | -325,745.62 |
| Check | 01/15/2014 | 18643 | newark police dept | -200.00 | -325,945.62 |
| Check | 01/15/2014 | 18645 | SUNG HONG | -1,521.81 | -327,467.43 |
| Check | 01/15/2014 | 18675 | Jihye K Mc Manus | -1,737.90 | -329,205.33 |
| Check | 01/15/2014 | 18676 | Zoraya Payne | -1,386.83 | -330,592.16 |
| Check | 01/13/2014 | 18625 | State of New Jersey - 'CBT' | -8,398.00 | -338,990.16 |
| Check | 01/13/2014 | 18626 | UASC | -120.00 | -339,110.16 |
| Check | 01/13/2014 | 18627 | land rover financial group | -873.00 | -339,983.16 |

1:08 PM
03-25-14
Accrual Basis

**Harvest Trans Inc**
**Find Report**
**January through March 2014**

| Type | Date | Num | Name | Amount | Balance |
|------|------|-----|------|--------|---------|
| Check | 01/13/2014 | 18628 | APL | -850.00 | -340,833.16 |
| Check | 01/13/2014 | 18629 | johnny on the spot | -513.44 | -341,346.60 |
| Check | 01/13/2014 | 18630 | YANG MING (AMERICA)CORP | -500.00 | -341,846.60 |
| Check | 01/13/2014 | 18631 | NYBS | -595.51 | -342,442.11 |
| Check | 01/13/2014 | 18632 | Verizon | -86.37 | -342,528.48 |
| Check | 01/13/2014 | 18633 | Oxford Health Plans | -3,914.63 | -346,443.11 |
| Check | 01/13/2014 | 18634 | US Bank | -3,375.00 | -349,818.11 |
| Check | 01/13/2014 | 18635 | Mario Carlos | -850.00 | -350,668.11 |
| Check | 01/13/2014 | 18636 | Mysoft Data | -240.00 | -350,908.11 |
| Check | 01/13/2014 | 18637 | big daddy drayage | -16,978.00 | -367,886.11 |
| Check | 01/13/2014 | 18638 | PLYMOUTH ROCK ASSURANCE | -673.00 | -368,559.11 |
| Check | 01/13/2014 | 18639 | Mediterranean Shipping Co | -500.00 | -369,059.11 |
| Check | 01/13/2014 | 18640 | Vincent Frammigen | -600.00 | -369,659.11 |
| Check | 01/13/2014 | 18641 | daily truck tire | -6,362.00 | -376,021.11 |
| Check | 01/13/2014 | 18642 | JOHN BAEK | -402.01 | -376,423.12 |
| Check | 01/10/2014 | 18621 | KW Rastall Oil | -25,048.12 | -401,471.24 |
| Check | 01/10/2014 | 18622 | Jeff Song | -1,000.00 | -402,471.24 |
| Check | 01/10/2014 | 18623 | Jose Perez | -109.00 | -402,580.24 |
| Check | 01/10/2014 | 18624 | YOUN JOUNG | -2,000.00 | -404,580.24 |
| Check | 01/09/2014 | 18620 | MYRON | -1,584.62 | -406,164.86 |
| Check | 01/06/2014 | 18623 | new Jersey Motor Veh Commission | -110.00 | -406,274.86 |
| Jan - Mar 14 | | | | **-406,274.86** | **-406,274.86** |

ACH Payments

| | | | Amount |
|---|---|---|---|
| 12/02/13 | IRS | DES:USATAXPYMT ID:274373673629754 | -29,000.00 |
| 12/02/13 | COMDATA NETWORK DES:CMO TRANS ID: | HT046 | -4,660.48 |
| 12/03/13 | AMEX EPayment   DES:ACH PMT   ID:1US011333600017 | | -54,274.49 |
| 12/03/13 | COMDATA NETWORK DES:CMO TRANS ID: | HT046 | -1,899.52 |
| 12/03/13 | INTUIT     DES:QBOOKS/PRO ID:4466970 | | -87.45 |
| 12/04/13 | COMDATA NETWORK DES:CMO TRANS ID: | HT046 | -5,397.90 |
| 12/04/13 | NJ WEB PMT 01110 DES:NJ WEB PMT ID:091000019847553 | | -1,250.35 |
| | | | Amount |
| 12/06/13 | CONTRAC CCD 0786 DES:CRS     ID: | | -39,201.81 |
| 12/06/13 | IRS     DES:USATAXPYMT ID:274374011779392 | | -9,573.83 |
| 12/06/13 | COMDATA NETWORK DES:CMO TRANS ID: | HT046 | -4,612.55 |
| 12/10/13 | COMDATA NETWORK DES:CMO TRANS ID: | HT046 | -5,822.87 |
| 12/11/13 | COMDATA NETWORK DES:CMO TRANS ID: | HT046 | -6,507.12 |
| 12/13/13 | CONTRAC CCD 0786 DES:CRS     ID: | | -47,416.16 |
| 12/13/13 | COMDATA NETWORK DES:CMO TRANS ID: | HT046 | -5,245.78 |
| 12/16/13 | IRS     DES:USATAXPYMT ID:274375055212605 | | -29,000.00 |
| 12/17/13 | COMDATA NETWORK DES:CMO TRANS ID: | HT046 | -3,772.09 |
| 12/18/13 | COMDATA NETWORK DES:CMO TRANS ID: | HT046 | -5,115.05 |
| 12/18/13 | NJ WEB PMT 01110 DES:NJ WEB PMT ID:091000019925023 | | -399.52 |
| 12/20/13 | CONTRAC CCD 0786 DES:CRS     ID: | | -50,177.72 |
| 12/20/13 | COMDATA NETWORK DES:CMO TRANS ID: | HT046 | -5,806.52 |
| 12/20/13 | IRS     DES:USATAXPYMT ID:274375421069993 | | -3,783.20 |
| 12/24/13 | COMDATA NETWORK DES:CMO TRANS ID: | HT046 | -6,340.94 |
| 12/26/13 | COMDATA NETWORK DES:CMO TRANS ID: | HT046 | -4,848.67 |
| 12/27/13 | CONTRAC CCD 0786 DES:CRS     ID: | | -48,167.60 |
| 12/27/13 | COMDATA NETWORK DES:CMO TRANS ID: | HT046 | -847.50 |
| 12/27/13 | BANK OF AMERICA MORTGAGE Bill Payment | | -835.00 |
| 12/31/13 | COMDATA NETWORK DES:CMO TRANS ID: | HT046 | -4,115.22 |

## Withdrawals and other debits - continued

| Date | Description | Amount |
|------|-------------|-------:|
| 01/15/14 | COMDATA NETWORK  DES:CMO TRANS  ID:      HT046 | -6,119.66 |
| 01/17/14 | CONTRAC CCD 0786 DES:CRS          ID: | -41,936.23 |
| 01/17/14 | COMDATA NETWORK  DES:CMO TRANS  ID:      HT046 | -5,093.64 |
| 01/22/14 | COMDATA NETWORK  DES:CMO TRANS  ID:      HT046 | -9,465.93 |
| 01/22/14 | IRS          DES:USATAXPYMT ID:274442291357184 | -5,972.99 |
| 01/22/14 | COMDATA NETWORK  DES:CMO TRANS  ID:      HT046 | -4,598.42 |
| 01/22/14 | NJ WEB PMT 01110 DES:NJ WEB PMT ID:091000010222221 | -558.14 |
| 01/24/14 | CONTRAC CCD 0786 DES:CRS          ID: | -51,027.82 |
| 01/24/14 | COMDATA NETWORK  DES:CMO TRANS  ID:      HT046 | -5,166.56 |
| 01/27/14 | BANK OF AMERICA MORTGAGE Bill Payment | -835.00 |
| 01/28/14 | COMDATA NETWORK  DES:CMO TRANS  ID:      HT046 | -1,976.58 |
| 01/29/14 | COMDATA NETWORK  DES:CMO TRANS  ID:      HT046 | -8,442.72 |
| 01/30/14 | NJ GIT / LBR PMT DES:GIT LBR PT ID:091000010321329 | -3,007.68 |
| 01/31/14 | CONTRAC CCD 0786 DES:CRS          ID: | -34,923.54 |
| 01/31/14 | COMDATA NETWORK  DES:CMO TRANS  ID:      HT046 | -5,553.89 |
| 01/31/14 | IRS          DES:USATAXPYMT ID:274443113095747 | -42.00 |

| Date | Description | Amount |
|------|-------------|-------:|
| 01/02/14 | AMEX EPayment   DES:ACH PMT   ID:1US011400100017 | -30,861.03 |
| 01/02/14 | COMDATA NETWORK  DES:CMO TRANS  ID:      HT046 | -4,874.64 |
| 01/02/14 | NJ WEB PMT 01110 DES:NJ WEB PMT ID:091000010020157 | -1,250.35 |
| 01/03/14 | CONTRAC CCD 0786 DES:CRS          ID: | -29,716.52 |
| 01/03/14 | IRS          DES:USATAXPYMT ID:274440381302057 | -9,717.09 |
| 01/03/14 | COMDATA NETWORK  DES:CMO TRANS  ID:      HT046 | -1,847.25 |
| 01/07/14 | COMDATA NETWORK  DES:CMO TRANS  ID:      HT046 | -2,494.37 |
| 01/08/14 | COMDATA NETWORK  DES:CMO TRANS  ID:      HT046 | -4,080.60 |
| 01/10/14 | CONTRAC CCD 0786 DES:CRS          ID: | -21,718.29 |
| 01/10/14 | COMDATA NETWORK  DES:CMO TRANS  ID:      HT046 | -7,478.64 |
| 01/14/14 | COMDATA NETWORK  DES:CMO TRANS  ID:      HT046 | -3,336.21 |

| Date | Description | Amount |
|---|---|---|
| | | -42,947.65 |
| 02/03/14 | AMEX EPayment   DES:ACH PMT   ID:1US011403200014 | -7,493.85 |
| 02/04/14 | COMDATA NETWORK  DES:CMO TRANS ID:      HT046 | -57.67 |
| 02/04/14 | COMDATA NETWORK  DES:CMO TRANS ID:      HT046 | -10,162.33 |
| 02/05/14 | IRS        DES:USATAXPYMT ID:274443694468624 | -8,273.26 |
| 02/05/14 | COMDATA NETWORK  DES:CMO TRANS ID:      HT046 | -546.70 |
| 02/05/14 | NJ WEB PMT 01110 DES:NJ WEB PMT ID:091000010402670 | -612.89 |
| 02/06/14 | HUTWEB - NYS DT DES:HUTWEB  FE ID:1402045655849 | -320.78 |
| 02/06/14 | HUTWEB - NYS DT DES:HUTWEB  FE ID:1402045655755 | -47,453.77 |
| 02/07/14 | CONTRAC CCD 0786 DES:CRS      ID: | -4,942.15 |
| 02/07/14 | COMDATA NETWORK  DES:CMO TRANS ID:      HT046 | -4,105.01 |
| 02/11/14 | COMDATA NETWORK  DES:CMO TRANS ID:      HT046 | -10,405.39 |
| 02/12/14 | COMDATA NETWORK  DES:CMO TRANS ID:      HT046 | -35,753.52 |
| 02/14/14 | CONTRAC CCD 0786 DES:CRS      ID: | -8,237.07 |
| 02/14/14 | COMDATA NETWORK  DES:CMO TRANS ID:      HT046 | -6,104.09 |
| 02/19/14 | COMDATA NETWORK  DES:CMO TRANS ID:      HT046 | -2,820.38 |
| 02/19/14 | COMDATA NETWORK  DES:CMO TRANS ID:      HT046 | -1,143.53 |
| 02/19/14 | NJ WEB PMT 01110 DES:NJ WEB PMT ID:091000010483231 | -31,770.80 |
| 02/21/14 | CONTRAC CCD 0786 DES:CRS      ID: | -7,570.93 |
| 02/21/14 | COMDATA NETWORK  DES:CMO TRANS ID:      HT046 | -4,153.89 |
| 02/21/14 | IRS        DES:USATAXPYMT ID:274445295134700 | -6,951.56 |
| 02/25/14 | COMDATA NETWORK  DES:CMO TRANS ID:      HT046 | -7,971.24 |
| 02/26/14 | COMDATA NETWORK  DES:CMO TRANS ID:      HT046 | -835.00 |
| 02/27/14 | BANK OF AMERICA MORTGAGE Bill Payment | -269.76 |
| 02/27/14 | CONTRAC CCD 0786 DES:CRS      ID: | -39,962.70 |
| 02/28/14 | CONTRAC CCD 0786 DES:CRS      ID: | -5,484.92 |
| 02/28/14 | COMDATA NETWORK  DES:CMO TRANS ID:      HT046 | |

B7 (Official Form 7) (04/13)                                                                                    3

None
☐
     *c. All debtors:*  List all payments made within one year immediately preceding the commencement of this case
to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13
must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are
separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| Jeff Song<br>575 Avenue P<br>Newark, NJ 07105 | Calendar year 2013 | $222,447 Wages | |
| Soon Bae<br>575 Ave P<br>Newark, NJ 07105 | Calendar year 2013 | $45,000 Wages<br>$125,000 Dividends | |

**4.  Suits and administrative proceedings, executions, garnishments and attachments**

None
☐
     a.     List all suits and administrative proceedings to which the debtor is or was a party within one year
immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13
must include information concerning either or both spouses whether or not a joint petition is filed, unless the
spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| Christopher Boyer, as Administrator of the Estate of Lauren Boyer, Decedent<br>v.<br>Harvest Trans, Inc. et al.<br><br>Paul Bicsak<br>v.<br>Harvest Trans Inc, et al.<br><br>Case No. 13-14976 | Consolidated action Personal Injury Action | In the Court of Common Pleas of Luzerne County, Pennsylvania Civil Action-Law | Pending |

Bankruptcy2014 ©1991-2014, New Hope Software, Inc. ver. 4.7.6-807 - 32480-302Y-*****

B7 (Official Form 7) (04/13)                                                                                    4

None      b.     Describe all property that has been attached, garnished or seized under any legal or equitable process
☒        within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12
         or chapter 13 must include information concerning property of either or both spouses whether or not a joint
         petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**5.   Repossessions, foreclosures and returns**

None             List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a
☒        deed in lieu of foreclosure or returned to the seller, within one year immediately preceding the commencement
         of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning
         property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a
         joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**6.   Assignments and Receiverships**

None      a.     Describe any assignment of property for the benefit of creditors made within 120 days immediately
☒        preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include
         any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated
         and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

None      b.     List all property which has been in the hands of a custodian, receiver, or court-appointed official within
☒        one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or
         chapter 13 must include information concerning property of either or both spouses whether or not a joint petition
         is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

Bankruptcy2014 ©1991-2014, New Hope Software, Inc., ver. 4.7.6-807 - 32480-302Y-*****

B7 (Official Form 7) (04/13)                                                                                                    5

---

**7.  Gifts**

None  
☒            List all gifts or charitable contributions made within one year immediately preceding the commencement of
this case, except ordinary and usual gifts to family members aggregating less than $200 in value per individual
family member and charitable contributions aggregating less than $100 per recipient.  (Married debtors filing
under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a
joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND<br>ADDRESS OF<br>PERSON OR ORGANIZATION | RELATIONSHIP<br>TO DEBTOR, IF ANY | DATE OF<br>GIFT | DESCRIPTION AND<br>VALUE OF GIFT |
|---|---|---|---|

---

**8.  Losses**

None  
☒            List all losses from fire, theft, other casualty or gambling within one year immediately preceding the
commencement of this case or since the commencement of this case.  (Married debtors filing under chapter 12
or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the
spouses are separated and a joint petition is not filed.)

| DESCRIPTION<br>AND VALUE<br>OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES, AND, IF LOSS<br>WAS COVERED IN WHOLE OR IN PART BY<br>INSURANCE, GIVE PARTICULARS | DATE OF<br>LOSS |
|---|---|---|

---

**9.  Payments related to debt counseling or bankruptcy**

None  
☐            List all payments made or property transferred by or on behalf of the debtor to any persons, including
attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a
petition in bankruptcy within one year immediately preceding the commencement of this case.

| NAME AND ADDRESS<br>OF PAYEE | DATE OF PAYMENT,<br>NAME OF PAYOR IF<br>OTHER THAN DEBTOR | AMOUNT OF MONEY OR<br>DESCRIPTION AND<br>VALUE OF PROPERTY |
|---|---|---|
| Rabinowitz, Lubetkin & Tully,<br>LLC | April 1, 2014<br>Payor: $20,000 from Debtor<br>April 3, 2014<br>Payor: $20,000 from National<br>Specialty Insurance Company<br>April 3, 2014<br>Payor: $10,000 from National<br>Specialty Insurance Company<br>for pre-petition services to the<br>Debtor | |

B7 (Official Form 7) (04/13)                                                                                          6

---

**10.  Other transfers**

None   a.  List all other property, other than property transferred in the ordinary course of the business or financial
☒   affairs of the debtor, transferred either absolutely or as security within two years immediately preceding the
commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include transfers by
either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition
is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|

---

   b.  List all property transferred by the debtor within ten years immediately preceding the commencement of this
case to a self-settled trust or similar device of which the debtor is a beneficiary.

None
☒

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

---

**11.  Closed financial accounts**

None     List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor
☒   which were closed, sold, or otherwise transferred within one year immediately preceding the commencement of
this case.  Include checking, savings, or other financial accounts, certificates of deposit, or other instruments;
shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage
houses and other financial institutions.  (Married debtors filing under chapter 12 or chapter 13 must include
information concerning accounts or instruments held by either or both spouses whether or not a joint petition is
filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|

---

**12.  Safe deposit boxes**

None     List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other
☒   valuables within one year immediately preceding the commencement of this case.  (Married debtors filing
under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a
joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

Bankruptcy2014 ©1991-2014, New Hope Software, Inc., ver. 4.7.6-807 - 32480-302Y-*****

B7 (Official Form 7) (04/13)

7

---

**13.  Setoffs**

None

☒

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within 90 days preceding the commencement of this case.   (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

---

**14.  Property held for another person**

None

☒

List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|

---

**15.  Prior address of debtor**

None

☒

If the debtor has moved within the three years immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|

---

**16.  Spouses and Former Spouses**

None

☒

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within eight years immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

---

**17.  Environmental Sites**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

---

None

☒

a.    List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

B7 (Official Form 7) (04/13)    8

---

b.    List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

None
☒

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

---

c.    List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

None
☒

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

---

**18. Nature, location and name of business**

None
☒

a.    If the debtor is an individual, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partnership, sole proprietorship, or was self-employed in a trade, profession, or other activity either full- or part-time within six years immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within the six years immediately preceding the commencement of this case.

If the debtor is a partnership, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within the six years immediately preceding the commencement of this case.

If the debtor is a corporation, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within the six years immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|

---

b.    Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

None
☒

| NAME | ADDRESS |
|---|---|

B7 (Official Form 7) (04/13)                                                                                                                    9

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within the six years immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or otherwise self-employed.

*(An individual or joint debtor should complete this portion of the statement only if the debtor is or has been in business, as defined above, within the six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

### 19. Books, record and financial statements

None
☐
   a.    List all bookkeepers and accountants who within the two years immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|
| Jeff Song<br>Harvest Trans Inc<br>575 Ave. P.<br>Newark, NJ 07105 | Last two years |
| Changsoo Kim<br>38 W. 32nd Street, Suite 900<br>New York, NY 1001 | Last two years |

None
☐
   b.    List all firms or individuals who within the two years immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

| NAME | ADDRESS | DATES SERVICES RENDERED |
|---|---|---|
| Changsoo Kim | Changsoo Kim, CPA P.C.<br>38 W. 32nd Street, Suite 900<br>New York, NY 10001 | Last two years |
| Jeff Song | 575 Ave P<br>Newark, NJ 07105 | Last two years |

None
☐
   c.    List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

| NAME | ADDRESS |
|---|---|
| Jeff Song | 575 Ave. P<br>Newark, NJ 07105 |

B7 (Official Form 7) (04/13)                                                                                          10

None    d.    List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom
☒         a financial statement was issued within the two years immediately preceding the commencement of this case by
          the debtor.

NAME AND ADDRESS                                    DATE
                                                    ISSUED

---

**20. Inventories**

None    a.    List the dates of the last two inventories taken of your property, the name of the person who supervised the
☒         taking of each inventory, and the dollar amount and basis of each inventory.

DATE OF INVENTORY            INVENTORY SUPERVISOR            DOLLAR AMOUNT OF INVENTORY
                                                             (Specify cost, market or other basis)

---

None    b.    List the name and address of the person having possession of the records of each of the two inventories
☒         reported in a., above.

DATE OF INVENTORY                          NAME AND ADDRESSES OF CUSTODIAN OF
                                           INVENTORY RECORDS

---

**21. Current Partners, Officers, Directors and Shareholders**

None    a.    If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.
☒

NAME AND ADDRESS        NATURE OF INTEREST            PERCENTAGE OF INTEREST

---

None    b.    If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who
☐         directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

NAME AND ADDRESS                TITLE                    NATURE AND PERCENTAGE OF
                                                         STOCK OWNERSHIP

Jeff Song                       Sole Officer and
575 Ave. P                      Director
Newark, NJ 07105

Soon Bae                        Sole Shareholder         100%
575 Ave P
Newark, NJ 07105

Bankruptcy2014 ©1991-2014, New Hope Software, Inc., ver. 4.7.6-807 - 32480-302Y-*****

B7 (Official Form 7) (04/13)                                                                                                  11

**22. Former partners, officers, directors and shareholders**

None   a.     If the debtor is a partnership, list each member who withdrew from the partnership within one year
☒       immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|------|---------|--------------------|

None   b.     If the debtor is a corporation, list all officers, or directors whose relationship with the corporation
☒       terminated within one year immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|------------------|-------|---------------------|

**23.   Withdrawals from a partnership or distribution by a corporation**

None      If the debtor is a partnership or a corporation, list all withdrawals or distributions credited or given to an
☐    insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other
perquisite during one year immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| Jeff Song<br>575 Ave. P<br>Newark, NJ 07105<br>Relationship: Sole Officer and Director | Calendar year 2013 | $222,447<br>Wages |
| Soon Bae<br>575 Ave. P<br>Newark, NJ 07105<br>Relationship: Sole Shareholder | Calendar year 2013 | $45,000 wages<br>$125,000 dividends |

**24.   Tax Consolidation Group**

None      If the debtor is a corporation, list the name and federal taxpayer identification number of the parent
☒    corporation of any consolidated group for tax purposes of which the debtor has been a member at any time
within the six-year period immediately preceding the commencement of the case.

| NAME OF PARENT CORPORATION | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|----------------------------|--------------------------------------|

Bankruptcy2014 ©1991-2014, New Hope Software, Inc., ver. 4.7.6-807 - 32480-302Y-*****

B7 (Official Form 7) (04/13)

12

### 25.  Pension Funds

None

☒

If the debtor is not an individual, list the name and federal taxpayer identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within the six-year period immediately preceding the commencement of the case.

NAME OF PENSION FUND                    TAXPAYER IDENTIFICATION NUMBER (EIN)

*    *    *    *    *    *

*[If completed on behalf of a partnership or corporation]*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information and belief.

Date  4/3/14 _____      Signature  X _____

JEFF SONG,
President

_____
Print Name and Title

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

0 continuation sheets attached

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §152 and 3571*

---

### DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110 setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section.

_____      _____
Printed or Typed Name and Title, if any, of Bankruptcy Petition Preparer      Social Security No. (Required by 11 U.S.C. § 110(c).)

*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person, or partner who signs this document.*

_____
_____

Address

X _____      _____
Signature of Bankruptcy Petition Preparer      Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

Bankruptcy/2014 ©1991-2014, New Hope Software, Inc., ver. 4.7.6-807 - 32480-302Y-*****

Aco Bakreski
102 Cedar Street
Apt 1
Garfield, NJ 07026


Andy Li
825 Walton Ave.
#5F
Bronx, NY 10451


Anthony P. Trozzolillo, Esq.
The Chartwell Law Offices, LLP
125 North Washington Ave
The Connell Building, Suite 240
Scranton, PA 18503


ARI Insurance
125 Pheasant Run
Newton, PA 18940


Arrow Truck Sales
901 North Ave E
Elizabeth, NJ 07201


Arrow Truck Sales
901 North Ave E
Elizabeth, NJ 07201


Augusto Joanna
822 Myrtle Street
Elizabeth, NJ 08302


Barry A. Kronthal, Esq.
Margolis Edelstein
3510 Trindle Road
Camp Hill, PA 17011


Big Daddy Drayage
575 Avenue P
Newark, NJ 07105

Cali Carting
450 Bergen Ave.
Kearny, NJ 07032


Cesar Gomez Uribe
79 Cambridge Ave.
Apartment 2
Garfield, NJ 07026


Charles Kannebecker, Esq.
Weinstein, Schneider,
Kannebecker & Lokuta
104 W. High Street
Milford, PA 18837


Chester A. Dudzinski, Esq.
Cipriani & Werner
Suite 700
650 Washington Road
Pittsburgh, PA 15228


Comdata
5301 Maryland Way
Brentwood, TN 37027


Curtis Williams
7 Brighton Avenue
East Orange, NJ 07017


Daily Truck Service
480 Wilson Ave.
Newark, NJ 07105


Danny Cho
728 Edgewater Road
Ridgefield, NJ


David Coyla
841 Rebecca Place
Apartment 2
Elizabeth, NJ 08302

Deer Park Direct
6661 Doxie Highway
Louisville, KY40258


Direct Chassis Link
6000 Arrowpoint Blvd.
Charlotte, NC 28202


Do J. Lee
158 Mountainview Blvd
F2 A1
Wayne, NJ 07470


Donald M. Davis, Esq.
Margolis Edelstein
170 So. Independence Square West
Curtis Center, Suite 400E
Philadelphia, PA 19106-3337


Edgar Salazar
101 Perry Street
Jersey City, NJ


Eduardo Guzman
210 Erie Street
Elizabeth, NJ 07602


Esteban Lizama
575 Walnut Street
Apartment 1
Elizabeth, NJ 07201


Flex-Van
251 Monroe Ave.
Kenilworth, NJ 07033


Gustavo Lopez
106 South Stiles Street
Apartment 2F-B
Linden, NJ 07036

Internal Revenue Service
Special Procedures Branch
Attn: Bankruptcy Section
PO Box 744
Springfield, NJ 07081


IRS
PO Box 7346
Philadelphia, PA 19101-7346


Ivan Perez
1129 E. Front Street
Apartment 2
Plainfield, NJ 07062


Jaguar Land Rover North America, LLC
Attn: Customer Relationship Center
555 MacArthur Blvd.
Mahwah, NJ 07430


James King, Jr.
1878 Manner Drive
Apartment D
Union, NJ 07083


James W. Potter, Esq.
Liexer, Hyman, & Potter, PC
PO Box 782
Reading, PA 19603-0782


Jason Banonis, Esq.
Marshall Dennehey Warner
Coleman & Goggin
1495 Valley Center Parkway, Suite 350
Bethlehem, PA 18017


Jeff Song
125 Southern Parkway
Ridgewood, NJ 07450

Jeffrey B. Rettig, Esq.
Johnson Duffie Stewart & Weidner, PC
301 Market Street
PO Box 109
Lemoyne, PA 17043


Jeremy K. Yu
435A 1st Street
Palisades Park, NJ 07650


Jihye K. McManus
410 Valley Road
Clark, NJ 07066


John Baek
473 Oak Street
1st Floor
Ridgefield, NJ 07657


John on the Spot
3168 Bordentown Ave.
Old Bridge, NJ 08857


John R. Badal, Esq.
Liexer, Hyman & Potter, PC
PO Box 782
Reading, PA 19603-0782


Jorge Hidalgo
360 N. 12th Street
Newark, NJ


Jose Perez
625 Marshall Street
2nd Floor
Elizabeth, NJ 07206


Jose Rodriguez
433 Elizabeth Ave
Elizabeth, NJ 07206

Joseph A. Quinn, Jr., Esq.
Michael A. Lombardo, III, Esq.
Houngan, Kluger & Quinn
600 Third Ave.
Kingston, Pennsylvania 18704-5815


JW PC Clinic
482 Main Street
Fort Lee, NJ 07024


Kaitlyn & Brother, LLC
1223 Summit Ave.
Union City, NJ 07087


KW Rastall Oil
PO Box 7174
North Brunswick, NJ 08902


Leandro Rodriguez
69 Andrews Street
Apartment 2
Bayonne, NJ 07002


Luis A. Rivera
750 Mills St.
Unit D10
Belleville, NJ 07109


Luis Fontanez
38 19th Avenue
Paterson, NJ 07543


Manuel Torres
9 Montgomery Pl
Belleville, NJ 07109


Maria Rios
1477 Randolph Ave
Avenel, NJ

Mary Alisa Reeves, Esq.
Reeves McEwing, LLP
719 East Passyunk Ave
Philadelphia, PA 19147


Mauricio Espinosa
4 Hillside Ave.
Apartment 4
Rockaway, NJ 07866


Michael W. Mcguckin, Esq.
Liexer, Hyman & Potter, PC
PO Box 782
Reading, PA 19603-0782


MY Soft Data
385 Sylvan Ave.
Englewood Cliffs, NJ 07632


National Safety Compliance
195 Lehigh Ave.
Lakewood, NJ 08701


New World Limo
425 5th St.
Palisades Park, NJ 07650


New York Business System
150 Fulton Ave
Garden City, NY 11040


Newton Brown
370 Central Ave
Apartment P-3
Orange, NJ 07050


Oscar Amaya
418 Fulton Street
Elizabeth, NJ 07206

Patricia Baxter, Esq.
Donna M. Crotharnel, Esq.
Cruser & Mitchell, LLP
Two Penn Center, Suite 1700
1500 John F. Kennedy Blvd.
Philadelphia, PA 19102


Patricia Maldonado
14 Chelsea St.
Stratford, CT 06615


Penn Intermidal Leasing
PO Box 822810
Philadelphia, PA 19182


Penn International
PO Box 822810
Philadelphia, PA 19182


Power Guerra
29 Lexington Street
#2
Newark, NJ 07106


Premium Assignment
PO Box 8000
Tallahassee, FL 32314


Premium Assignment
PO Box 8000
Tallahassee, FL 32314


PSE&G
PO Box 1444
New Brunswick, NJ 08906


R. Guevara
950 Madison Ave.
Apartment 1
Elizabeth, NJ 07201

Rigoberto Wilson, Jr.
150 Inslee St.
Elizabeth, NJ 07206


Ronald Ingram
14th Ave.
Newark, NJ 07103


Roqui Mar
696 Broadway
Apartment 2R
Bayonne, NJ 07002


Ruben Montalvo
107 Port Ave
Elizabeth, NJ 07206


State of New Jersey
Division of Taxation, Gross Income Tax
50 Barrack Street
PO Box 269
Trenton, NJ 08625


Sung K. Hong
140 E. Palisades Boulevard
Palisaides Park, NJ 07650


Trac Intermidal
211 College Road
Princeton, NJ 08540


Tranport Funding
903 East 104th Street, Suite 170
Kansas City, MO 64131-3464


Transport Funding, LLC
903 East 104th Street, Suite 170
Kansas City, MO 64131-3464


United Healthcare
48 Monroe Turnpike
Trumbell, CT 06611

US Security Association
200 Mansell Court
Roswell, GA 30076


Verizon
500 Technology Drive
Wekton, MO 63304


Verizon
501 Technology Drive
Wekton, MO 63304


Vincent Frammigen
7 Sheffirld Lane
Turnersville, NJ 08012


WB Mason
59 Centre St.
Brockton, MA 2301


William Scotsman
35 Ford Lane
Kearny, NJ 07032


William Scottsman
35 Ford Lane
Kearny, NJ 07032


Youn Joung
145 Elmwood Ave
Allendale, NJ 07401


Young Ho Ahn
13 Elaine Road
East Brunswick, NJ 08816


Zoraya Payne
34 Colonial Dr.
Bayonne, NJ 07002

B203
12/94

# United States Bankruptcy Court
### District of New Jersey

In re  Harvest Trans, Inc.

Case No. _____

Chapter        ·11_____

Debtor(s)

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1.    Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above-named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf  of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follow s:

For legal services, I have agreed to accept ..............................................................  $  40,000.00

Prior to the filing of this statement I have received .................................................  $  10,000.00

Balance Due ..............................................................................................................  $  30,000.00

2.    The source of compensation paid to me was:

($20,000 from Debtor, & $20,000 from National Specialty Insurance Company for the retainer and $10,000 from National Specialty Insurance Company for pre-petition services to the Debtor)

☑ Debtor        ☐ Other (specify)

3.    The source of compensation to be paid to me is:

☑ Debtor        ☐ Other (specify)        Retainer and Debtor's operating funds

4.  ☑  I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

☐  I have agreed to share the above-disclosed compensation with a other person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5.    In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
b.  Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;
c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
d.  Representation of the debtor in adversary proceedings and other contested bankruptcy matters;

6.    By agreement with the debtor(s), the above-disclosed fee does not include the following services:

Bankruptcy2014 ©1991-2014, New Hope Software, Inc., ver. 4.7.6-807 - 32480-302Y-*****

---

## CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in the bankruptcy proceeding.

4/3/14
Date

_Signature of Attorney_

Rabinowitz, Lubetkin & Tully, L.L.C.
_Name of law firm_

UNITED STATES BANKRUPTCY COURT

District of New Jersey

In re    Harvest Trans, Inc.                                    ,

                        Debtor

Case No.    _____

Chapter    11

### List of Equity Security Holders

| Holder of Security | Number Registered | Type of Interest |
|---|---|---|
| Soon Bae<br>575 Avenue P<br>Newark, NJ 07105 | | 100% |

Bankruptcy2014 ©1991-2014, New Hope Software, Inc., ver. 4.7.6-807 - 32480-302Y-*****